IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., : | |
| : | C.A. NO.: 05-53 GMS |
| Plaintiff, : | |
| : | DEMAND FOR JURY TRIAL |
| v. : | |
| : | |
| FEDERAL EXPRESS CORPORATION, : | |
| : | |
| Defendant. : | |

## STIPULATION OF SUBSTITUTION

By this document DAVID G. CULLEY, ESQUIRE, hereby enters his appearance on behalf of FEDERAL EXPRESS CORPORATION and SHERRY R. FALLON, ESQUIRE, hereby withdraws her appearance for the same party.

TYBOUT, REDFEARN & PELL

_____
DAVID G. CULLEY, ESQUIRE
Delaware Bar I.D. 2141
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

TYBOUT, REDFEARN & PELL

_____
SHERRY R. FALLON, ESQUIRE
Delaware Bar I.D. 2464
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: sfallon@trplaw.com
Attorneys for Defendant

DATED: April 13, 2005

## CERTIFICATE OF MAILING

I, DAVID G. CULLEY, hereby certify that on this 13th day of April, 2005, I electronically filed the attached documents(s) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

                                        **TYBOUT, REDFEARN & PELL**

                                        /S/ *David G. Culley*
                                        **DAVID G. CULLEY, ESQUIRE**
                                        Delaware Bar I.D. 2141
                                        300 Delaware Avenue
                                        P.O. Box 2092
                                        Wilmington, DE 19899
                                        (302) 658-6901
                                        E-mail Address: dculley@trplaw.com
                                        Attorneys for Defendant

DATED: April 13, 2005