IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., | : |
| Plaintiff, | : C.A. NO.: 05-53 GMS |
| | : DEMAND FOR JURY TRIAL |
| v. | : |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, DAVID G. CULLEY, hereby certify that on this 22nd day of April, 2005, I electronically filed the attached Notice of Service of Defendant's Interrogatories and Request for Production of Documents Directed to the Plaintiff with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

I hereby certify that on 22nd day of April, 2005, I have mailed by United States Postal Service, the Defendant's Interrogatories and Request for Production of Documents Directed to the Plaintiff to the following participants:

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

                        **TYBOUT, REDFEARN & PELL**

                        _/s/ David G. Culley_
                        **DAVID G. CULLEY, ESQUIRE**
                        Delaware Bar I.D. 2141
                        300 Delaware Avenue
                        P.O. Box 2092
                        Wilmington, DE 19899
                        (302) 658-6901
                        E-mail Address: dculley@trplaw.com
                        Attorneys for Defendant

DATE: April 22, 2005