## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

RICHARD F. WHITE, JR.,                    :
                                          :    C.A. NO.: 05-53 GMS
            Plaintiff,                    :
                                          :    DEMAND FOR JURY TRIAL
        v.                                :
                                          :
FEDERAL EXPRESS CORPORATION,              :
                                          :
            Defendant.                    :

## DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

1.    Give the name and, if known, the address and telephone number of each individual

      likely to have discoverable information that the disclosing party may use to support

      its claims or defenses, unless solely for impeachment, identifying subjects of the

      information.

**ANSWER:**    Plaintiff Richard F. White, Jr.

            Thomas Salvo
            57 Sofia Drive
            Blackwood, NJ 08012
            (856) 261-3814

            Larry Benedict
            1805 Arrow Trail
            Medford, NJ 08094
            (856) 218-7233

            Berlin Police Department
            Address and Phone Number Unknown

            John J. Kinee
            Loftus Adjustment Service Inc.
            Suite 63
            One Cherry Hill
            Cherry Hill, NJ 08002
            (856) 667-8825

Monroe Auto Body
1769 Glassboro Road
Williamstown, NJ 08094
(856) 881-8210

Joe Cutter
Cutter Appraisals
Address and Phone Number Unknown

William Mariani
Holman Ford
3641 Route 42 South
Turnersville, NJ 08012
(856) 728-6600

Enterprise Rent-A-Car
1971 Blackhorse Pike
Williamstown, NJ 08094-9121
(856) 910-1223

Thomas Dittoe
Manager- Liability Claims
3925 Embassy Parkway
P.O. Box 5459
Akron, Ohio 47334
(330) 665-8517

2.    Identify a copy of, or description by category and location of, all documents, data

compilations, and tangible things that are in possession, custody, or control of the

party that the disclosing party may use to support its claims or defenses, unless

solely for impeachment.

**ANSWER:**    Counsel for defendant is in possession of a copy of the investigating police
officer's report, a record statement resume for a statement given by Larry
Benedict on September 23, 2003, two color photographs of the accident
scene, four color photographs of the plaintiff's vehicle and trailer, three color
photographs of the vehicle operated by Mr. Salvo, and damage estimate(s)
and related documents for the plaintiff's vehicle. I am happy to make copies
of any or all of these documents upon your request.

3.      Give a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries suffered.

**ANSWER:**    Not applicable to the defendant.

4.      Identify for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on any insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy a judgment.

**ANSWER:**    Fed Ex Ground Package System, Inc. operates as a self-insured having a self-insured retention of $ 3,000,000. Excess insurance is provided by The Protective Insurance Company. Fed Ex Ground is of the opinion that its self-insured retention is in excess of the plaintiff's alleged damages if any.

                        **TYBOUT, REDFEARN & PELL**


                        _____
                        **DAVID G. CULLEY, ESQUIRE**
                        Delaware Bar I.D. 2141
                        300 Delaware Avenue
                        P.O. Box 2092
                        Wilmington, DE 19899
                        (302) 658-6901
                        E-mail Address: dculley@trplaw.com
                        Attorneys for Defendant

DATED: April 22, 2005

## CERTIFICATE OF SERVICE

I, DAVID G. CULLEY, hereby certify that on this 22<u>nd</u> day of <u>April</u>, 2005, I

electronically filed the attached document(s) with the Clerk of Court using CM/ECF which

will send notification of such filing(s) to the following:

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

                                      **TYBOUT, REDFEARN & PELL**


                                          */s/ David G. Culley*
                                      _____
                                      **DAVID G. CULLEY, ESQUIRE**
                                      Delaware Bar I.D. 2141
                                      300 Delaware Avenue
                                      P.O. Box 2092
                                      Wilmington, DE 19899
                                      (302) 658-6901
                                      E-mail Address: dculley@trplaw.com
                                      Attorneys for Defendant

DATE: April 22, 2005