IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., | : |
| Plaintiff, | : C.A. NO.:   05-53 GMS |
| v. | : DEMAND FOR JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendant. | : |

## NOTICE OF SERVICE OF NOTICE OF DEPOSITION DUCES TECUM OF HARLEYSVILLE INSURANCE COMPANY

I, DAVID G. CULLEY, hereby certify that on April 25, 2005, I electronically filed the attached Notice of Deposition Duces Tecum of Harleysville Insurance Company with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Michael I. Silverman, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

I hereby certify that on April 25, 2005, I have mailed by United States Postal Service, the Defendant's Notice of Deposition Duces Tecum of Harleysville Insurance Company to the following participants:

Michael I. Silverman, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

TYBOUT, REDFEARN & PELL

_____
DAVID G. CULLEY, ESQUIRE - I.D. No. 2141
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED: April 25, 2005