IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., | : |
| Plaintiff, | : C.A. NO.: 05-53 GMS |
| | : DEMAND FOR JURY TRIAL |
| v. | : |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendant. | : |

## STIPULATION FOR SUBSTITUTION OF CORPORATE DEFENDANT

IT IS STIPULATED AND AGREED to by the parties that defendant Fed Ex Ground Packaging System is substituted for Federal Express Corporation as the named corporate defendant in this action. All future pleadings shall reflect this new caption.

SILVERMAN, MCDONALD & FRIEDMAN

_____
MICHAEL I. SILVERMAN, ESQUIRE
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805
Attorney for Plaintiffs

TYBOUT, REDFEARN & PELL

_____
DAVID G. CULLEY, ESQUIRE
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE 19899
(302) 658-6901
Attorneys for Defendants

SO ORDERED this _____ day of _____, 2005.

_____
J.

DATED: