IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., | : |
| | : C.A. NO: **1:05-cv-53** |
| Plaintiff, | : |
| | : DEMAND FOR JURY TRIAL |
| v. | : |
| | : |
| FEDERAL EXPRESS CORPORATION, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

I hereby certify that two copies of *Plaintiff's Interrogatories and Request for Production Directed to Defendant* were served via HAND DELIVERY this 6th day of May 2005 to the following party:

David G. Culley, Esquire
Tybout, Redfern & Pell
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899

SILVERMAN McDONALD & FRIEDMAN

/s/ MICHAEL I. SILVERMAN
I.D. No: 3034

/s/ ROBERT C. McDONALD
I.D. No: 230
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Plaintiff