IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. WHITE, JR., | : | |
| | : | C.A. NO.: 05-53 GMS |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION DUCES TECUM OF
AETNA U.S. HEALTHCARE on JULY 8, 2005 at 2:00 p.m.**

TO:   Michael I. Silverman, Esquire
    Silverman & McDonald
    1010 N. Bancroft Parkway, Suite 22
    Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the deposition* of the

Records Custodian of the below listed entity at the offices of Tybout, Redfearn & Pell, 300

Delaware Avenue, 11th Floor, Wilmington, Delaware on **July 8, 2005 at 2:00 p.m.**

**AETNA HEALTH & LIFE INSURANCE CO. / AETNA U.S. HEALTHCARE**

TYBOUT, REDFEARN & PELL

/s/ David G. Culley

_____
**DAVID G. CULLEY, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address:  dculley@trplaw.com
Attorneys for Defendant

cc:   AETNA HEALTH & LIFE INSURANCE CO. / AETNA U.S. HEALTHCARE

* DUCES TECUM:   **Deponent AETNA HEALTH & LIFE INSURANCE CO. / AETNA U.S.
          HEALCHARE is to produce a copy of any claims made by &/or**

payments made on behalf of RICHARD F. WHITE, JR. (DOB: ███████8) (SSN: ███████████ under Identification No. HNH2H010 or HNHJH010.

**NOTE: YOUR APPEARANCE IS WAIVED IF THE RECORDS ARE RECEIVED IN THIS OFFICE ON OR BEFORE THE DEPOSITION DATE.**