## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. WHITE, JR., | : | |
| | : | |
| Plaintiff, | : | C.A. NO.:   05-53 GMS |
| | : | |
| v. | : | DEMAND FOR JURY TRIAL |
| | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE OF NOTICE OF DEPOSITION DUCES TECUM
### OF DISABATINO BROTHERS, INC., et al. on 07-08-05

I, DAVID G. CULLEY, hereby certify that on June 7, 2005, I electronically filed the attached Notice of Deposition Duces Tecum of Disabatino Brothers, Inc., et al. with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Michael I. Silverman, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

I hereby certify that on June 7, 2005, I have mailed by United States Postal Service, the Defendant's Notice of Deposition Duces Tecum of Disabatino Brothers, Inc., et al. to the following participants:

Michael I. Silverman, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

                                    **TYBOUT, REDFEARN & PELL**

                                    **/s/ David G. Culley**

                                    **DAVID G. CULLEY, ESQUIRE - I.D. No. 2141**
                                    300 Delaware Avenue
                                    P. O. Box 2092
                                    Wilmington, DE  19899
                                    (302) 658-6901
                                    E-mail Address: dculley@trplaw.com
                                    Attorneys for Defendant

DATED:    June 7, 2005