IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., : | |
| : | C.A. NO.: 05-53 GMS |
| Plaintiff, : | |
| : | DEMAND FOR JURY TRIAL |
| v. : | |
| : | |
| FEDERAL EXPRESS CORPORATION, : | |
| : | |
| Defendant. : | |

### NOTICE OF DEPOSITION DUCES TECUM OF
### RYDER INTEGRATED LOGISTICS, INC. on JULY 8, 2005 at 2:00 p.m.

TO: Michael I. Silverman, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the deposition* of the Records Custodian of the below listed entity at the offices of Tybout, Redfearn & Pell, 300 Delaware Avenue, 11th Floor, Wilmington, Delaware on **July 8, 2005 at 2:00 p.m.**

**RYDER INTEGRATED LOGISTICS, INC.**

TYBOUT, REDFEARN & PELL

/s/ David G. Culley
_____
**DAVID G. CULLEY, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

_____

cc: RYDER INTEGRATED LOGISTICS, INC.

\* DUCES TECUM:   **Deponent RYDER INTEGRATED LOGISTICS, INC. is to produce a copy of any and all records concerning claims made by RICHARD F. WHITE, JR., under Claim No. DE10007200, DE10006640 or any other claim number.**


**NOTE:  YOUR APPEARANCE IS WAIVED IF THE RECORDS ARE RECEIVED IN THIS OFFICE ON OR BEFORE THE DEPOSITION DATE.**