IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., : | |
| : | C.A. NO.: 05-53 GMS |
| Plaintiff, : | |
| : | DEMAND FOR JURY TRIAL |
| v. : | |
| : | |
| FEDERAL EXPRESS CORPORATION, : | |
| : | |
| Defendant. : | |

**NOTICE OF DEPOSITION of LARRY BENEDICT**
**OCTOBER 12, 2005 at 2:00 p.m.**

TO:   Michael I. Silverman, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Larry Benedict at the offices of Silverman & McDonald, 1010 N. Bancroft Parkway, Suite 22, Wilmington, Delaware on **October 12, 2005 at 2:00 p.m.**

**TYBOUT, REDFEARN & PELL**

/s/ David G. Culley

_____
**DAVID G. CULLEY, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address:  dculley@trplaw.com
Attorneys for Defendant

cc:   Wilcox & Fetzer