## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. WHITE, JR., | : | |
| | : | |
| Plaintiff, | : | C.A. NO.:   05-53 GMS |
| | : | |
| v. | : | DEMAND FOR JURY TRIAL |
| | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE OF NOTICE OF DEPOSITION
### OF LARRY BENEDICT

I, DAVID G. CULLEY, hereby certify that on June 24, 2005, I electronically filed the attached Notice of Deposition of Larry Benedict with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Michael I. Silverman, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

I hereby certify that on June 24, 2005, I have mailed by United States Postal Service, the Defendant's Notice of Deposition of Larry Benedict to the following participants:

Michael I. Silverman, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

**TYBOUT, REDFEARN & PELL**

**/s/ David G. Culley**

**DAVID G. CULLEY, ESQUIRE - I.D. No. 2141**
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE  19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED:     June 24, 2005