## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., | : |
| | :    C.A. NO.: 05-53 GMS |
|     Plaintiff, | : |
| | :    DEMAND FOR JURY TRIAL |
| v. | : |
| | : |
| FEDERAL EXPRESS CORPORATION, | : |
| | : |
|     Defendant. | : |

### NOTICE OF DEPOSITION of RICHARD F. WHITE, JR.
### OCTOBER 12, 2005 at 12:00 p.m.

TO:    Michael I. Silverman, Esquire
          Silverman & McDonald
          1010 N. Bancroft Parkway, Suite 22
          Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Richard F. White, Jr. at the offices of Silverman & McDonald, 1010 N. Bancroft Parkway, Suite 22, Wilmington, Delaware on **October 12, 2005 at 12:00 p.m.**

                                                        **TYBOUT, REDFEARN & PELL**

                                                        /s/ David G. Culley
                                                        _____
                                                        **DAVID G. CULLEY, ESQUIRE**
                                                         Delaware Bar I.D. 2141
                                                        300 Delaware Avenue, Suite 1100
                                                        P.O. Box 2092
                                                        Wilmington, DE 19899
                                                        (302) 658-6901
                                                        E-mail Address: dculley@trplaw.com
                                                        Attorneys for Defendant

cc:    Wilcox & Fetzer