*Please Note*
*Our Area Code*
*is Now 856*

# Loftus Adjustment Service, Inc.

**Founded 1968**                    **FAX # (800) 626-1050**

Suite 250
527 Third Avenue
New York, NY 10016
(212) 545-9954

Suite 302
5445 Mariner Street
Tampa, FL 33609
(813) 282-1844

Suite 11-AL
One Harmon Cove Towers
Secaucus, NJ 07094
(201) 864-8060

**Suite 630**
**One Cherry Hill**
**Cherry Hill, NJ 08002**
**(856) 667-8825**

Suite 15
2550 N. Federal Highway
Ft. Lauderdale, FL 33305
(954) 564-1202

PO Box 1616
900 Market Street
Philadelphia, PA 19105
(215) 923-7195

Suite 419
955 West Lancaster Rd, PMB
Orlando, FL 32809
(407) 423-3396

## RECORDED STATEMENT RESUME

Claim #: _____     Interviewer: *John Kinee* Date: *9-23-03*

Policy #: _____     Insured: *Home (salvo)*

Our file: *32297 JK* Statement of: *Larry Benedict*

Age: _____ DOB: *71388* Sex: *M* Social Security #: _____

Marital Status: *S* Name of spouse: _____

Address: *1805 Arrow Trail* Drivers license #: _____

*Medford NJ 08094* Home phone #: _____

Employer: *Richard White* Occupation: _____

Employer's address: _____

Work phone #: _____     E-Mail: _____

Passenger/Witness 1: _____

Passenger/Witness 2: _____

SUMMARY OF STATEMENT: *Passenger in veh driven by Richard White. White wearing seatbelt He was not, driving on Prospect Ave W. Berlin NJ. Saw FedEx Truck in driveway, stopped. As they were passing FedEx Truck, backed out of driveway struck rear of pick-up hard, pushed over pick-up about 4ft not injured Dri White, Injured neck.*

| 43 CASE NUMBER | | ACCID LOC | 41 CR ROAD NO. | 42 ROAD NAME — STREET ADDRESS |
|---|---|---|---|---|
| 03 C35 C 05-cv-00653-GMS | | | | |

**44 POLICE DEPARTMENT OF** BERLIN TWP || **CODE** | ☑ AT INTERSECTION WITH | | **53 ROUTE NO. SUFFIX** | **54 MILEPOST** |
☐ FEET ☐ MILES ☐ NORTH ☐ EAST
☐ METERS ☐ Km ☐ SOUTH ☐ WEST  OF : #448 PROSPECT DRIVE

**45 STATION/PRECINCT** | RAMP? ☐ NO ☐ YES | **57** | **58 ROAD NAME** | NB ☐ EB ☐ / SB ☐ WB ☐
59 (ROUTE NO.) | 60 | 61 (ROUTE NO.) | 62

| 46 DATE OF COLLISION | | | 47 DAY OF WEEK | 48 TIME (USE 2400 HRS.) | 49 MUNICIPALITY CODE | 50 TOTAL KILLED | 51 TOTAL INJURED | | 63 LATITUDE | 64 LONGITUDE |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH 08 | DAY 27 | YEAR 03 | S M Tu (W) Th F S | 0915 | 0406 | | | | | |

| VEH. NO. 1 | 65 POLICY NO. IL31703745 | 66 INS. CODE 013 | VEH. NO. 2 | 88 POLICY NO. 1BA5E308 | 89 INS. CODE 172 |

☐ PARKED ☐ PED ☐ BICYCLIST  ☐ RESPONDING TO AN EMERGENCY  ☐ HIT & RUN  |  ☐ PARKED ☐ PED ☐ BICYCLIST  ☐ RESPONDING TO AN EMERGENCY  ☐ HIT & RUN

**67 DRIVER'S FIRST NAME** INITIAL — **LAST NAME** Thomas Salvo | **90 DRIVER'S FIRST NAME** INITIAL — **LAST NAME** Richard F. White, Jr.

**68 NUMBER AND STREET** 57 Sofia Drive | **91 NUMBER AND STREET** 3501 Rt 42 Unit 7-A 217

| 69 CITY Blackwood | STATE NJ | ZIP 08012 | EXPIRES 8/06 | 92 CITY Turnersville | STATE NJ | ZIP 08012 | EXPIRES 2/07 |

| 70 DRIVER'S LICENSE NUMBER S033174000105612 | 71 STATE NJ | 72 DOB MO. DAY YR. 5 29 61 | 73 EYES 2 | 74 SEX M | 93 DRIVER'S LICENSE NUMBER W357216586106582 | 94 STATE NJ | 95 DOB MO. DAY YR. 6 14 58 | 96 EYES 2 | 97 SEX M |

**75 OWNER'S FIRST NAME** INITIAL — **LAST NAME** Lisa Salvo  ☐ SAME AS DRIVER | **98 OWNER'S FIRST NAME** INITIAL — **LAST NAME**  ☑ SAME AS DRIVER

**76 NUMBER AND STREET** 57 Sofia Drive | **99 NUMBER AND STREET**

| 77 CITY Blackwood | STATE NJ | ZIP 08012 | EXPIRES 7/04 | 100 CITY | STATE | ZIP | EXPIRES 1/04 |

| 78 MAKE AND MODEL Chevy Van 1Wt | 79 COLOR 02 | 80 YEAR K67-66A | 81 PLATE NO. NJ | 101 MAKE AND MODEL Ford Pkup | COLOR 1GR | 102 YEAR 97 | 103 PLATE NO. NSY-63C | STATE NJ |

| 82 VIN NUMBER 1GBHG31R821145284 | 105 VIN NUMBER 1FTDX1767VNC82385 |

| 83 VEHICLE REMOVED TO | 84 AUTHORITY 1 OWNER / 2 DRIVER / 3 POLICE  ☐ TOWED ☑ DRIVEN | 106 VEHICLE REMOVED TO | 107 AUTHORITY (1 OWNER) / 2 DRIVER / 3 POLICE  ☐ TOWED ☑ DRIVEN |

**CLOCKPOINT DIAGRAM**



**87 ACCIDENT DIAGRAM**  ☐ INDICATE NORTH

(SEE DIAGRAM)

| 108 ALCOHOL DATA | | TEST GIVEN | 109 HAZARDOUS MATERIAL | PLACARD NUMBER |
|---|---|---|---|---|
| DRIV. 1 | ☐ NO ☐ YES ☐ REFUSED | ☐ BREATH ☐ BLOOD ☐ URINE  RESULTS 0.___% | ON BOARD ☐  SPILL ☐  V1 ☐  V2 ☐ | |
| DRIV. 2 | ☐ NO ☐ YES ☐ REFUSED | ☐ BREATH ☐ BLOOD ☐ URINE  RESULTS 0.___% | 110 USDOT CARRIER NO.  V1  V2 | |
| PED. | ☐ NO ☐ YES ☐ REFUSED | ☐ BREATH ☐ BLOOD ☐ URINE  RESULTS 0.___% | 111 ICC CARRIER NO.  V1  V2 | |

**112 VEHICLE WEIGHT (GVW)** V1 _____ lbs. V2 _____ lbs.

**85 AREAS DAMAGED**
INITIAL PRINCIPAL IMPACT
VEH. 1  6  6
VEH. 2  5  5

**86 POSTED SPEED** 25 | **113 CARRIER NAME** V1 _____ V2 _____

**114 ACCIDENT DESCRIPTION** #2 EB on Prospect passing Drive to #448 Prospect Ave. #1 backing out of #448 Prospect Ave. Driveway. #1 struck #2 while backing. X

**115 DAMAGE TO OTHER PROPERTY**

| OPER. | 116 CHARGE | SUMMONS NUMBER | CPER. | 117 CHARGE | SUMMONS NUMBER |
|---|---|---|---|---|---|

**118 OFFICER'S SIGNATURE** Sgt. ___ | **119 BADGE NUMBER** 610 | **120 REVIEWED BY** A | BADGE NUMBER 601 | **121 STATUS** ☐ PENDING ☑ COMPLETE

**NUMBER OF VEHICLES** 122

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | NAMES & ADDRESSES OF OCCUPANTS—IF DECEASED DATE & TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | — | 1 | 42 | M | T | — | 0404 | — | DRIVER #1 |
| B | 2 | 1 | — | 1 | 45 | M | T | — | 0404 | — | DRIVER #2 |
| C | | | | | | | | | | | |
| D | | | | | | | | | | | |

NJTR-1 (R 6/01)

**123 DEP CASE NUMBER** (SAFETYNET ONLY)

**RECORD BUREAU COPY**

GLEN TOWNSHIP POLICE DEPARTMENT
CONTINUATION PAGE

| Complaint Number | Prosecutor's Case Number | Department Case Number #03-330 |
|---|---|---|

N↑

✳ NOT TO SCALE

PROSPECT AVE.  ✳ OFFICER REF. ONLY

#448 PROSPECT

| Name | | Badge Number | Page | Date Report | Reviewed by |
|---|---|---|---|---|---|
| Signature | | 610 | | 8-27-03 | |

**PHOTOGRAPHS**

**Claim Number:** Fed Ex Home

**Insured:** Dri Tom Saluo

**D/O/L:** 8-27-03

Picture Number: _____



View East
on Prospect
Get direction
Arrow show's
Driveway
INS backing
out From

Picture Number: _____



View west
on Prospect

# PHOTOGRAPHS

Claim Number: _Home_

Insured: _Tom Salvo_

D/O/L: _8-27-03_

Picture Number: _____

_CLT Truck & Trailer_



Picture Number: _____

_Side CLT Unit_



**LOFTUS ADJUSTMENT SERVICE, INC.**

**PHOTOGRAPHS**

**Claim Number:** Home

**Insured:** Salvo

**D/O/L:** 8-27-03



Picture Number: _____

Impact Area Right rear Wheel



Picture Number: _____

Right rear Wheel

**PHOTOGRAPHS**

Claim Number: Home

Insured: Salvo

D/O/L: 8-27-03

Picture Number: _____

INS UNIT



Picture Number: _____

LOFTUS  ADJUSTMENT SERVICE, INC.
## PHOTOGRAPHS

<u>Claim Number</u>: Home

<u>Insured</u>: Salvo

<u>D/O/L</u>: 8-27



Picture Number: _____

INS UNIT



Picture Number: _____

INS UNIT

## RELEASE

## PROPERTY DAMAGE
-

### KNOW ALL MEN BY THESE PRESENTS:

That the Undersigned, being of lawful age, for sole consideration of **Three Thousand Six Hundred Twenty One and 48/100 Dollars**(**$3,621.48**) to be paid to **Richard White Jr** do/does hereby and for my/our/its heirs, executors, administrators, successors and assigns release, acquit and forever discharge **Fedex Home Delivery Fedex Corp  Tom Salvo and Loftus Adjustment Service, Inc.,** and his/her/their/its agents, servants, successors, heirs, executors, administrators and all other persons, firms, corporations, associations or partnerships of and from any and all claims, actions, causes of actions, demands, rights, damages, all costs including storage costs, loss of service, expenses and compensation whatsoever, which the undersigned now has/have or which may hereafter accrue on account of or in any way growing out of any and all known and unknown, foreseen and unforeseen property damage and the consequences thereof resulting or to result from the accident, casualty or event which occurred on or about the **27th** day of **August 2003**, at or near **Prospect Ave W Berlin New Jersey.**
It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said releasees deny liability therefor and intend merely to avoid litigation and buy their peace.

The undersigned further declare(s) and represent(s) that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

### THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

Signed, sealed and delivered this _10-7-03_ day of _____, 20 _03_ .

CAUTION: READ BEFORE SIGNING BELOW

_____ LS
Witness

_____ LS
Witness

_____ LS
Witness

STATE OF_____

COUNTY OF_____ }SS.

On the _____ day of _____, 20_____, before me personally appeared _____ to me known to be the person(s) named herein and who executed the foregoing Release and _____ acknowledged to me that _____ voluntarily executed the same.

My terms expires _____, 20_____ .  NOTARY PUBLIC

| INSURANCE COMPANY | | APPRAISAL COMPANY | |
|---|---|---|---|
| **Adjuster:** | JOHN KINEE, | **Appraiser:** | CUTTER, JOE |
| **Company:** | OTHER | | #145937 |
| **Office:** | LOFTUS ADJUSTERS | **Company:** | |
| **Address:** | 1 CHERRY HILL SUITE 630 | **Office:** | |
| | CHERRY HILL, NJ 08002 | **Address:** | |
| **Phone:** | (215)923-7195 | | |
| **Claim #:** | | | |
| **Policy #:** | | **Phone:** | |
| | | **IA File ID:** | 21437 |

**Insured:** FED EX                        **Loss Type:** Liability
**Owner:** WHITE JR, RICHARD              **Day:**
**Address:**                              **Evening:**

**Vehicle:** 1997 FORD F150 4X2 STANDARD SUPERCAB 8-4.6L-FI 3D LONG
**VIN:** 1FTDX1767VNC82385  **Odometer:** 127402  **Color:** GREEN-  **License:** NSY67C NJ
**Driveable:** NO        **Primary Impact Point:** 5.  Right Rear



**Place of Inspection:**

```
--------------------------------------------------------------------
|      ESTIMATE TO REPAIR      |    TOTAL LOSS VALUATION          |
| Estimate            $  1,762.58| Vehicle Valuation    $      0.00|
| Pre-Tax Subtotal    $  1,762.58| Pre-Tax Subtotal     $      0.00|
|  Tax                   105.75| Tax                         0.00|
| After-Tax Subtotal  $  1,868.33| After-Tax Subtotal   $      0.00|
|  Betterment            0.00|                                |
|  Deductible            0.00| Deductible                  0.00|
|  Appearance Allowance  0.00|                                |
|  0% Negligence         0.00| 0% Negligence               0.00|
| Calculated Net Loss $  1,868.33| Calculated Net Loss  $      0.00|
|                              |                                |
| LKQ Parts Not Included       | Valuation Request #            |
| A/M Parts Not Included       |                                |
|                              |                                |
--------------------------------------------------------------------
```

====================================================================
**SETTLEMENT**
**Settlement Type:**   REPAIRABLE
**Negotiated Settlement:**   $0.00 on  with
**Settlement Outstanding:**   $0.00

====================================================================
**COMMENTS**
INSPECTED TRUCK AT SHOP. DAMAGES ARE TO THE RT REAR SHEETMETAL, SUSPENSION &
WHEEL. TRUCK WAS IN VERY GOOD CONDITION PRIOR TO THE LOSS.
AGREED PRICE WITH SHOP OF OWNERS CHOICE.
OPEN ADDED INNER STRUCTOR AND OR REAR SUSPENSION.
ATTACHED FIND ESTIMATE & PHOTOS OF DAMAGES.

1

09/02/2003 at 11:02 PM                                    File ID: 21437
68016

**LOFTUS ADJUSTERS**
**1 CHERRY HILL SUITE 630**
**CHERRY HILL NJ 08002**
**(215) 923-7195 FAX (800) 626-1050**


Written by: JOE CUTTER #145937 09/02/2003 11:02 PM

For: **OTHER - LOFTUS ADJUSTERS**
     (215)923-7195 Fax: (800)626-1050
Adjuster: JOHN KINEE #

### ESTIMATE OF RECORD

**Insured:** FED EX                     **Claim #**
  **Owner:** RICHARD WHITE JR            **Policy #**
**Address:**                            **Date of Loss:** 08/27/2003
                                        **Type of Loss:** Liability
     **Day:**                           **Point of Impact:** 5.  Right Rear
**Evening:**


  **Inspect**                           REPAIR_SHOP
**Location:**


  **Repair** MONROE AB                  **Business:** (856)881-8210
**Facility:** 1769 GLASSBORO RD          Days to Repair
          WILLIAMSTOWN, NJ 08094        **License #**

1997 FORD F150 4X2 STANDARD SUPERCAB 8-4.6L-FI 3D LONG GREEN- SLI Int:
**VIN:** 1FTDX1767VNC82385 **Lic:** NSY67C   NJ **Prod Date:**        **Odometer:** 127402
Intermittent Wipers          Dual Mirrors              Clear Coat Paint
Two Tone Paint               Power Steering            Power Brakes
Anti-Lock Brakes (2)         Driver Air Bag            Passenger Air Bag
Split Bench Seats            3RD Truck Door            Styled Steel Wheels

----------------------------------------------------------------------
| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | | LABOR | PAINT |
|------|-----|-------------|-----|-----------|---|-------|-------|
|   | 1 |  | PICK UP BOX | | | | | |
| N | 2* | Rpr | RT Side panel 8 foot bed w/o whl opng | | | | 5.0 | 3.5 |
|   | 3 |  | Add for Clear Coat | | | | | 1.4 |
|   | 4 |  | Add for Two Tone | | | | | 1.4 |
|   | 5# | R&I | TOOL BOX | | | | 1.5 | |
|   | 6# | R&I | BED LINER | | | | 2.0 | |
|   | 7 | Repl | RT Body side mldg 8 foot bed | 1 | 49.12 | | 0.3 | 0.3 |
|   | 8* | R&I | RT Wheelhouse panel | | | | 1.5 | |
|   | 9 |  | WHEELS | | | | | |
|   | 10 | Repl | RT/Rear Wheel, alloy type 4 16x7, polished | 1 | 259.92 | m | 0.3 | |
|   | 11 | Repl | RT/Rear Wheel cap type 3 type 6 whl, chrome | 1 | 38.60 | | | |
|   | 12 |  | REAR SUSPENSION | | | | | |
|   | 13* | Repl | RT Shackle | 1 | 12.22 | | 1.0 | |

1

09/02/2003 at 11:02 PM                                    File ID: 21437
68016

**ESTIMATE OF RECORD**

1997 FORD F150 4X2 STANDARD SUPERCAB 8-4.6L-FI 3D LONG GREEN- SLI Int:

---

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|-----|-----|-------------|-----|-----------|-------|-------|
| 14 | Repl | Check rear alignment | 1 | | m 0.5 | |
| 15 | | FRONT SUSPENSION | | | | |
| 16 | Repl | Align front wheels | 1 | | m 1.4 | |
| 17 | | STRIPE TAPE | | | | |
| 18 | Repl | RT Stripe tape 8 foot bed | 1 | 89.82 | 1.5 | |
| 19# | Repl | DECALS | 1 | 75.00 | 1.0 | |
| 20# | Repl | Clips & Hardware | 1 | 10.00 T | | |
| 21# | Repl | Clean for Delivery | 1 | T | 0.5 | |
| 22# | Repl | Cover for Overspray | 1 | 5.00 T | 0.3 | |
| 23# | Repl | Mask Jambs | 1 | 5.00 T | 0.3 | |
| 24# | Repl | Sand & Buff | 1 | T | 1.0 | |
| 25# | Refn | Tint Color | | | | 0.5 |
| 26# | | Balance Wheel | 1 | 12.00 T | | |
| 27# | Repl | Valve Stem | 1 | 2.50 T | | |
| 28# | | Hazardous Waste | 1 | 3.00 T | | |

---

Subtotals ==>            562.18      18.1     7.1

Line 2  : BLEND WITHIN

```
                    Parts                                          524.68
                    Body Labor       18.1 hrs @ $ 42.00/hr         760.20
                    Paint Labor       7.1 hrs @ $ 42.00/hr         298.20
                    Paint Supplies    7.1 hrs @ $ 20.00/hr         142.00
                    Sublet/Misc.                                    37.50
                    -----------------------------------------------------
                    SUBTOTAL                                    $ 1762.58
                    Sales Tax        $ 1762.58 @  6.0000%          105.75
                    -----------------------------------------------------
                    TOTAL COST OF REPAIRS                       $ 1868.33

                    ADJUSTMENTS:
                      Deductible                                     0.00
                    -----------------------------------------------------
                    TOTAL ADJUSTMENTS                           $    0.00
                    NET COST OF REPAIRS                         $ 1868.33
```

ATTACHED IS NOT AN AUTHORIZATION FOR REPAIRS!  ONLY THE OWNER OF THE VEHICLE
CAN AUTHORIZE THE REPAIRS.

APPRAISERS SIGNATURE:_____ LICENSE#___NA___

2

09/02/2003 at 11:02 PM                                    File ID: 21437
68016

## ESTIMATE OF RECORD
1997 FORD F150 4X2 STANDARD SUPERCAB 8-4.6L-FI 3D LONG GREEN- SLI Int:

Estimate based on MOTOR CRASH ESTIMATING GUIDE. Unless otherwise noted all items are derived from the Guide DR2MA97 Database Date 7/2003 and the parts selected are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor information provided by MOTOR may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. Non-Original Equipment Manufacturer aftermarket parts are described as AM, Qual Repl Parts or Comp Repl Parts which stands for Competitive Replacement Parts. Used parts are described as LKQ, Qual Recy Parts, RCY, or USED. Reconditioned parts are described as Recon. Recored parts are described as Recore. NAGS Part Numbers and Prices are provided from National Auto Glass Specifications, Inc. Pound sign (#) items indicate manual entries.

Pathways - A product of CCC Information Services Inc.

# LOGGUS ADJUSTMENT SERVICE, INC.

## PHOTOGRAPHS

Claim Number:

Insured: Fed Ex

Claimant: Richard White Jr.

Picture Number: _____



Picture Number: _____

09/02/2003 at 11:02 PM                                    File ID: 21437
68016
**ESTIMATE OF RECORD**

1997 FORD F150 4X2 STANDARD SUPERCAB 8-4.6L-FI 3D LONG GREEN- SLI Int:

Estimate based on MOTOR CRASH ESTIMATING GUIDE. Unless otherwise noted all items are derived from
the Guide DR2MA97 Database Date 7/2003 and the parts selected are OEM-parts manufactured by the
vehicles Original Equipment Manufacturer. Asterisk (*) or Double Asterisk (**) indicates that the
parts and/or labor information provided by MOTOR may have been modified or may have come from an
alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations.
Non-Original Equipment Manufacturer aftermarket parts are described as AM, Qual Repl Parts or Comp
Repl Parts which stands for Competitive Replacement Parts. Used parts are described as LKQ, Qual
Recy Parts, RCY, or USED. Reconditioned parts are described as Recon. Recored parts are described
as Recore. NAGS Part Numbers and Prices are provided from National Auto Glass Specifications, Inc.
Pound sign (#) items indicate manual entries.

Pathways - A product of CCC Information Services Inc.

3

**To:** John Kinec

**Fax #:** _____

**Re:** _____

**Date:** _____

**Pages:** 7 including this cover sheet.

# FACSIMILE

Supplement for Richard White

Thank you

Sean

**Monroe Auto Body**

Monroe Auto Body
1769 Glassboro Road
Williamstown, NJ 08094

(856) 881-8210
Fax: (856) 881-1969

MONROE AUTO BODY
1769 GLASSBORO RD
WILLIAMSTOWN, NJ 08094
856-881-8210   FAX: 856-881-1969
LICENSE # 00679A


CD LOG NO 280-1    DATE 09/23/03

```
SHOP:      MONROE AUTO BODY          INSP DATE:    09/23/03
ADDRESS:   1769 GLASSBORO ROAD       CONTACT:      SCOTT BARR
CITY STATE: WILLIAMSTOWN, NJ         PHONE 1:      (856)881-8210
ZIP:       08094-                    PHONE 2:      (856)881-8214
                                     FAX:          (856)881-1969


OWNER:     WHITE, RICHARD

POINT OF IMPACT: 11                  TYPE OF LOSS: /DRV

LIC#:                 STATE:         VIN:          1FTDX1767VNC82385
BODY COLOR:                          MILEAGE:
  NDITION:                           ACCTNG CTL#:

DRIVEABLE:  NO                       VEH. INSP#:

*=USER-ENTERED VALUE      E=REPLACE OEM            NG=REPLACE NAGS
EC=REPLACE ECONOMY        UC=RECONDITIONED PRT     UM=REMAN/REBUILT PRT
EU=REPLACE SALVAGE        EP=REPLACE PXN           PC=PXN RECONDITIONED
PM=PXN REMAN/REBUILT      TE=PARTL REPL PRICE      ET=PARTL REPL LABOR
IT=PARTIAL REPAIR         I=REPAIR                 L=REFINISH
BR=BLEND REFINISH         TT=TWO-TONE              CG=CHIPGUARD
SB=SUBLET                 N=ADDITIONAL LABOR       RI=R&I ASSEMBLY
P=CHECK                   AA=APPEAR ALLOWANCE      RP=RELATED PRIOR
UP=UNRELATED PRIOR
```

****DOP SIGNED AND SECURED, PLEASE SEND CHECK TO SHOP*******

```
 ,97 FORD F-150   XLT 2DOOR EXT CAB   8CYL GASOLINE 4.6
CODE: P8154D/A OPTNS A/24DFG

OPTIONS:
  TWO-STAGE - EXTERIOR SURFACES      TWO-STAGE - INTERIOR SURFACES
  ELEC REMOTE CONTROL MIRRORS        POWER DOOR LOCKS
  POWER WINDOWS
```

| OP | GDE | MC | DESCRIPTION | | MFG.PART NO. | PRICE | AJ% | B% | HOURS | R |
|----|-----|----|-------------|--|--------------|-------|-----|----|----|----|
| E  | 0443 |   | MLDG,BEDSIDE PNL UP | RT | XL3Z99291A40AAA | 69.37 | | | 0.4 | 1 |
| RI | 0402 |   | GUARD,STONE | RT | R&I ASSEMBLY | | | | 0.2 | 1 |
| RI | 0534 |   | TAILLAMP ASSEMBLY | RT | R&I ASSEMBLY | | | | 0.2 | 1 |
| N  | 0585 |   | REAR BUMPER ASSY R&I | | ADDNL LABOR OPERA | | | | 0.4 | 1 |
| EU | 0840 |   | REAR AXLE ASSEMBLY | | SALVAGE PART | 1,000.00* | +25 | | 3.0 | 2 |
| RI | 1726 |   | KIT,BRAKE SHOE | | R&I ASSEMBLY | | | | 0.6 | 2 |
| RI | 1893 |   | CYLINDER,RR BRAKE | LT | R&I ASSEMBLY | | | | 0.4 | 2 |
| RI | 1894 |   | CYLINDER,RR BRAKE | RT | R&I ASSEMBLY | | | | 0.4 | 2 |
| RI | 1741 | 01 | COVER,REAR AXLE | | R&I ASSEMBLY | | | | 0.3 | 2 |

1997 FORD F-150   XLT 2D_ _R EXT CAB
CD LOG NO 280-1

| | | | | | |
|---|---|---|---|---|---|
| EU 0791 01 | SPRING,REAR LEAF | LT R&I ASSEMBLY | | INC* | 0.5 2 |
| EU 0792 01 | SPRING,REAR LEAF | RT R&I ASSEMBLY | | INC* | 0.5 2 |
| EU 0856 | BRKT,REAR SPRING | RT R&I ASSEMBLY | | INC* | 1.5 2 |
| I  M31 | SET-UP FOR REALIGN. | REPAIR | | | 1.5*1* |
| E | GEAR OIL 3 QTS | NEW PART | | 52.35* | 0.3*1* |
| | REQUIRED SPECIAL FORD GEAR ONLY | | | | |
| I | REALIGN FRAME | REPAIR | | | 3.0*3* |
| I | BLEAD BRAKES | REPAIR | | | 0.5*2* |
| RI | EMERGENCY BRAKE CABLE | R&I ASSEMBLY | | | 1.5*2* |
| | USED CABLES WERE CUT | | | | |

   17 ITEMS

                MC  MESSAGE(S)
                01 CALL DEALER FOR EXACT PART NUMBER / PRICE


FINAL CALCULATIONS & ENTRIES
      GROSS PARTS                                               121.72
      OTHER PARTS                                             1,000.00
      LINE ITEM MARKUP                                          250.00+
PARTS TOTAL                                                   1,371.72
      TAX ON PARTS & MATERIAL @                     6.000%        82.30

| LABOR | RATE | REPLACE HRS | REPAIR HRS | |
|---|---|---|---|---|
| 1-SHEET METAL | 42.00 | 1.1 | 1.9 | 126.00 |
| 2-MECH/ELEC | 58.00 | 8.7 | 0.5 | 533.60 |
| 3-FRAME | 45.00 | | 3.0 | 135.00 |
| 4-REFINISH | 42.00 | | | |
| 5-PAINT MATERIAL | 20.00 | | | |

LABOR TOTAL                                                    794.60
      TAX ON LABOR                                 6.000%        47.68
      SUBLET REPAIRS
      TOWING
      STORAGE

GROSS TOTAL                                                  2,296.30

NET TOTAL                                                    2,296.30

ADP SHOPLINK U4645 ES CD LOG 280-1 DATE 09/23/03 02:25:21PM R6.3  CD 09/03
HOST LOG
(C) 1998 - 2003 ADP CLAIMS SOLUTIONS GROUP, INC.


-----------------------------------------------------

Case 1:05-cv-00053-GMS Document 31-2 Filed 06/28/2005 Page 19 of 45

# MONROE AUTO BODY

1769 Glassboro Road
Williamstown, NJ 08094
(856) 881-8210 Fax (856) 881-1969
New Jersey State Auto Body License #006679A

Name _Richard White RR._

Address _____

Year _97_  Phone _____  Make _Ford_

Model _F-150_  Date _____

SERIAL NO. _____

TAG NO. _____

MILEAGE _____

CLAIM NO. _____

I authorize direct payment (of my supplement) to Monroe Auto Body

Signature X _____  Date _10-23-03_

M-4010

# INVOICE

CORES...EXCHANGES...RETURNS
BUYER READ OTHER SIDE FOR OUR POLICY

AUTO SALVAGE INC.
EAST PINEY HOLLOW ROAD
WILLIAMSTOWN, NJ 08094
856.728.7300          800.728.7302

| REFERENCE NO | DATE | TIME |
|---|---|---|

| P.O. NUMBER | | CUSTOMER NO. |
|---|---|---|
| F150 REAR | | 0018210 |

MONROE auto body
* * * * * * * * * *
1769 Route 322
WILLIAMSTOWN, NJ  08094

**SHIP TO**

EXCHANGE NEEDED

*Job 1247*

| SALESMAN | TYPE OF SALE | TAX CODE | SHIP VIA | |
|---|---|---|---|---|
| TIM | CSH CHK DELIVERY TICKET | 322 367 856 | DELIVERY | Page 1 |

| PART NUMBER AND DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 435-02034C   1Y-REAR AXLE ASSEMBLY   Stk#3H0483 LIME-40 2WD,AUTO,DRUM BRAKE,3.55 RATIO   V#1FTZF1721WNA61999 Requested 97 TFORD150 | | 1000.00 | 1000.00 n |
| 518-00526   1Y-REAR LEAF SPRING   Stk#3H0483 LIME-40 2PU,120WB,CHK ID,LS SUB TO   V#1FTZF1721WNA61999 quested 97 TFORD150 Main Spring w/x Nascar pkg; (spring code) A XID F65A- | | .00 | .00 n |
| 518-00526   1Y-REAR LEAF SPRING   Stk#3H0483 LIME-40 2PU,120WB,CHK ID,LS SUB TO   V#1FTZF1721WNA61999 Requested 97 TFORD150 Main Spring w/x Nascar pkg; (spring code) A XID F65A- | | .00 | .00 n |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ALSO NEED THE RIGHT FRONT SPRING PERCH
THAT IS RIVETED TO THE FRAME
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

*pd ch # 2568*

* * * THANK YOU, WE APPRECIATE YOUR BUSINESS * * *

| | | | |
|---|---|---|---|
| Subtotal | 1000.00 | | |
| | | TAX NJ  NJ | .00 |
| Taxable | .00 | | |
| Parts | 1000.00 | TOTAL | 1000.00 |

RECEIVED BY



# SUSSMAN AUTOMOTIVE

## w w w . s u s s m a n a u t o . c o m

**HONDA**
1543 Easton Road
Roslyn, PA 19001
215-657-7050
**DIRECT PARTS LINE**
**215-657-3301**

**ACURA**
Corner of Rts. 38 & 73
Maple Shade, NJ 08052
856-722-9600
**DIRECT PARTS LINE**
**856-231-6843**

**LINCOLN MERCURY**
Old York Road & The Fairway
Jenkintown, PA 19046
215-884-3400
**DIRECT PARTS LINE**
**215-884-6285**

**OLDS / HONDA / ACURA / BMW**
Tilton & Fire Roads
Pleasantville, NJ 08232
609-641-1900
**DIRECT PARTS LINE**
**609-641-9080**

**MAZDA / ACURA / HYUNDAI**
Jenkintown & Baeder Roads
Jenkintown, PA 19046
215-887-1800
**DIRECT PARTS LINE**
**215-884-9006**

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | 409524 |
|---|---|---|---|---|---|
| 17 SEP 03 | | 17 SEP 03 | 17 SEP 03 | | |

ACCOUNT NO. L5448                                    PAGE 1 OF 1

**SOLD TO:**
MONROE AUTO BODY
1769 GLASSBORO RD
WILLIAMSTOWN, NJ 08094

**SHIP TO:**
MONROE AUTO BODY
1769 GLASSBORO RD
WILLIAMSTOWN, NJ 08094

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| 9-17 Z-5 | BC | | | JENKINTOWN, PA |

| DESCRIPTION | LIST | | AMOUNT |
|---|---|---|---|
| 639A XL3Z*99291A40*AA MLDG ASY- | 69.37 | 46.48 | 46.48 |
| 1997 FORD F150 | | | |

| | | |
|---|---|---|
| PARTS | | 46.48 |
| SUBLET | | |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| | | $46.48 |

THANK YOU FOR YOUR PARTS ORDER !!
CALL RON, JAY, SEAN OR BOB FOR ALL OF
YOUR FORD, LINCOLN/MERCURY PARTS NEEDS
*** OR FAX US AT 215-884-2182 ***
YOUR BUSINESS IS APPRECIATED !!!!!

**CUSTOMER'S SIGNATURE**

• NO RETURNS WITHOUT THIS NOTICE
• 15% HANDLING CHARGE ON ALL "STOCK PARTS" RETURNED
• NO RETURNS ON ELECTRICAL OR SPECIAL ORDER PARTS
• NO RETURNS AFTER 30 DAYS
• NO RETURNS ON MERCHANDISE UNDER $5.00

# SUSSMAN AUTOMOTIVE

## w w w . s u s s m a n a u t o . c o m

**HONDA**
1543 Easton Road
Roslyn, PA 19001
215-657-7050
DIRECT PARTS LINE
**215-657-3301**

**ACURA**
Corner of Rts. 38 & 73
Maple Shade, NJ 08052
856-722-9600
DIRECT PARTS LINE
**856-231-6843**

**LINCOLN MERCURY**
Old York Road & The Fairway
Jenkintown, PA 19046
215-884-3400
DIRECT PARTS LINE
**215-884-6285**

**OLDS / HONDA / ACURA / BMW**
Tilton & Fire Roads
Pleasantville, NJ 08232
609-641-1900
DIRECT PARTS LINE
**609-641-9080**

**MAZDA / ACURA / HYUNDAI**
Jenkintown & Baeder Roads
Jenkintown, PA 19046
215-887-1800
DIRECT PARTS LINE
**215-884-9006**

| ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| SEP 03 | | 22 SEP 03 | 22 SEP 03 | 409896 | |

PAGE 1 OF 1

ACCOUNT NO. L5448

SOLD TO
MONROE AUTO BODY
1769 GLASSBORO RD
WILLIAMSTOWN, NJ 08094

SHIP TO
MONROE AUTO BODY
1769 GLASSBORO RD
WILLIAMSTOWN, NJ 08094

| SHIP VIA | SLSM. | B/L NO. | TERMS | | F.O.B. POINT |
|---|---|---|---|---|---|
| 9-23-03 | JJ | | | | JENKINTOWN, PA |

| | | | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | 6 | CTR1 XY*75W140*QL | OIL - RR | 17.45 | 14.40 | 86.40 |

ZONE # 5

only used 3 Q+y

(24)

Paid CK # 2585

Whites (BD)

THANK YOU FOR YOUR PARTS ORDER !!
CALL RON, JAY, SEAN, OR BOB FOR ALL OF
YOUR FORD, LINCOLN/MERCURY PARTS NEEDS
*** OR FAX US AT 215-884-2182 ***
YOUR BUSINESS IS APPRECIATED !!!!!

| PARTS | 86.40 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| | $86.40 |

CUSTOMER'S SIGNATURE

• NO RETURNS WITHOUT THIS NOTICE
• 15% HANDLING CHARGE ON ALL "STOCK PARTS" RETURNED
• NO RETURNS ON ELECTRICAL OR SPECIAL ORDER PARTS
• NO RETURNS AFTER 30 DAYS
• NO RETURNS ON MERCHANDISE UNDER $5.00



# Enterprise
## rent-a-car

**3011 ADMIRAL WILSON BLVD.**
**PENNSAUKEN, NJ 08109**
**PHONE:(856) 910-1223**
**FAX:(856) 910-1266**

DEC 17 2003

---

## FACSIMILE TRANSMITTAL SHEET

---

| | |
|---|---|
| TO: Tom Salvo-V65951 | FROM: PAT MCNAMEE |
| COMPANY: FEDEX GROUND PACKAGE SYSTEM, INC. | DATE: 12/16/03 |
| FAX NUMBER: 330-665-8504 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: RETRIEVAL | YOUR REFERENCE NUMBER: |

☑ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

THIS FAX CONTAINS COPIES OF BOTH CHECKS SENT TO Enterprise Rent-a-Car. THE FIRST
CHECK WAS RECEIVED BY A BRANCH IN WILLIAMSTOWN, NJ. THE SECOND CHECK
WAS MAILED TO OUR CORPORATE OFFICE IN PENNSAUKEN, NJ. I INCLUDED THE
REMITTENCE AND THE CASH RECEIPT SUMMARY FROM THE BRANCH. PLEASE LOOK
INTO THIS AND GIVE ME A CALL AT 856-910-1223, EXT 239. THANKS.
PAT MCNAMEE, ACCOUNTING

# Enterprise rent-a-car

1971 BLACKHORSE PIKE
WILLIAMSTOWN        NJ 08094-9121

**Bill To:**

FEDEX GROUND PACKAGE SYS, INC.
ATTN: KINEE• JOHN•
P.O. BOX 5459
AKRON OH  44334-0459

## RENTAL INFORMATION

| Date Out 8/28/03 | Date In 9/23/03 |
|---|---|

**Renter**
RICHARD F JR WHITE

## Additional Driver

**Name**
NO OTHER DRIVER PERMITTED

## RENTAL VEHICLES / CLAIM INFORMATION

| Color WHITE | License No. NWW11J | Claim #/Policy #/P.O. # CALL JOHN |
|---|---|---|
| Model 03 S25E | Unit # Q09613 | Insured FED EX•• |
| | | Date of Loss 8/27/03 | Type of Loss CLAIMANT |
| | | Type of Car FORD F150 | Repair Shop MONROE AUTO |

## BILLING DETAIL

| Description | Rate | Amount |
|---|---|---|
| 27 DAYS    @ | 38.99 | 1,052.73 |
| SALES TAX% | 6.00 | 63.16 |
| 27 DAYS DSF @ | 2.00 | 54.00 |

OCT 03 2003

**AMOUNT DUE** ▶ 1169.89

## IMPORTANT INFORMATION

**Billing Inquiries Call**
856-629-8400

**Fed Tax ID #**
43-1373519

**Billing Information**
TOTAL CHARGES

### Thank You For Choosing Enterprise

WE APPRECIATE YOUR BUSINESS AND LOOK
FORWARD TO SERVING YOUR RENTAL NEEDS
IN THE FUTURE!!!

---

✂ • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**AMOUNT DUE** ▶ 1169.89

**Please Return This Portion with Remittance**

**Remit to:**

ERAC
ATTN: ACCTS RECEIVABLE
3011 ADMIRAL WILSON BLVD.
PENNSAUKEN        NJ 08109-3937

**Paid by:**

FEDEX GROUND PACKAGE SYS, INC.
ATTN: KINEE• JOHN•
P.O. BOX 5459
AKRON OH  44334-0459

| Customer# CBS3947 | Rental Agreement D843588 | Amount 1169.89 | GPBR 1722 |
|---|---|---|---|

09/30



VOID

3714910                    162448              **Holman** Ford

RICHARD WHITE                     *INVOICE*              **TURNERSVILLE**
WHITES PAINTING                                          3641 ROUTE 42 SOUTH
3501 RT 42 #7-A                                          TURNERSVILLE, NJ 08012
TURNERSVILLE, NJ 08012                     PAGE 2        (856) 728-6500
HOME: 371-4910    BUS:                                   www.holmanauto.com

SERVICE ADVISOR : 1 WILLIAM MARIANI

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|---------------|-----|
| GREEN | 97 | FORD F150 PICKUP | 1FTDX1767VNC82385 | NSY67C | 128069/128069 | T1602 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | A.C.NO | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 01JAN1997 | | | WAIT 03OCT03 | | 78.00 | CASH | 02OCT2003 |

| R.O. OPENED | | READY | OPTIONS: | DLR:VO ENG:4.6_Liter_EFI-SOHC_(W) |
|-------------|--|-------|----------|-----------------------------------|
| 07:43 02OCT03 | | 12:20 02OCT03 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

Thank you for allowing Holman Ford to service
your vehicle! Our goal is 100% customer
satisfaction! We offer competitive prices,
convenient hours, and high quality repairs!
Service is open Monday through Saturday!
We are a Full Service & Tire center!
Express Oil & Filter Service NO APPT needed!

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 288.40 |
| PARTS AMOUNT | 225.26 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 12.00 |
| TOTAL CHARGES | 525.66 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 31.54 |
| PLEASE PAY THIS AMOUNT | |

**"LIMITED LABOR WARRANTY"**

**CUSTOMER COPY**

10/02/03 THU 12:45 FAX 18566675810    Loftus Adjustment Ser    ☒003
Sent By: HOLMAN-TURNERSVILLE;    856 728 7503;    Oct-23-03 12:27PM;    Page 2/2

Case 1:03-cv-00053-GMS    Document 3.3    Filed 06/28/2005    Page 27 of 45

                    3714910                    162448        **Holman** [Ford]

RICHARD WHITE                            *INVOICE*            **TURNERSVILLE**
WHITES PAINTING                                              3641 ROUTE 42 SOUTH
3501 RT 42 #7-A                                              TURNERSVILLE, NJ 08012
TURNERSVILLE, NJ 08012                   PAGE 1             (856) 728-6600
HOME: 371-4910    BUS:                                       www.holmanauto.com

                              SERVICE ADVISOR:  1 WILLIAM MARIANI

| COLOR | YEAR | MAKE/MODEL | | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| GREEN | 97 | FORD F150 PICKUP | 1FTDX1767VNC82385 | NSY67C | 128069/128069 | T1602 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN1997 | | | WAIT 03OCT03 | | 78.00 | CASH | 02OCT2003 |

| R.O. OPENED | | READY | OPTIONS: | DLR:VO ENG:4.6_Liter_EFI-SOHC_(W) |
|---|---|---|---|---|

07:43 02OCT03  12:20 02OCT03

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A:CUST STATES VEH CHECK ENGINE LIGHT ON
  EC001 PERFORM EEC SYSTEM DIAGNOSIS
          114 TONER,TOM LIC#: 8633
          CPD
      PC720 REPLACE PFE SENSOR                     156.00    156.00
          114 TONER,TOM LIC#: 8633
          CPD
        1 F77Z*9J460*AB SENSOR ASY-EGR PRESSURE VLV    82.48    82.48    82.48
      EG380 REPLACE OXYGEN SENSOR                    39.00    39.00
          114 TONER,TOM LIC#: 8633
          CPD
        1 F85Z*9G444*BA SENSOR ASY-EXH GAS OXYGEN (HEA   96.83    96.83    96.83
PARTS:   179.31  LABOR:   234.00  OTHER:   0.00  TOTAL LINE A:   413.31

128069 WARRANTY CUSTOMER CONCERN PERFORM EEC TEST POINT EGO'S CIRCUIT
FAILURE & PO401 PFE FLOW LOW MONITOR PIDS R&R BANK 1DOWN STREAM EGO &
PFE SENSOR MONITOR PIDS CLEAR CODES BOTH VINS OES WITHIN SPECS
*******************************************************

B:PERFORM JB EMISSION SYSTEM CLEANING
  FU391 PERFORM JB EMISSION SYSTEM CLEANING
          114 TONER,TOM LIC#: 8633
          CPJB
        1 TSC*500* EMISSION CLEANER                  54.40    54.40
      TS        45.95    45.95    45.95
  TS:   45.95  LABOR:   54.40  OTHER:   0.00  TOTAL LINE B:   100.35

128069 PERFORM JB & THROTTLEBODY CLEAN

CUSTOMER PAY HAZ MAT FOR REPAIR ORDER                        12.00

**"LIMITED LABOR WARRANTY"**

THE REPAIR FACILITY GUARANTEES the labor used in performing the repairs listed on this repair order for a period of 90 days or 4,000 miles whichever comes first from the date this repair order is completed. This limited warranty specifically excludes front end alignments, electrical wiring and brakes, and also other repairs. During the operation period this limited warranty is extended to the vehicle owner regardless is not transferable to any subsequent buyer. THE REPAIR FACILITY WILL PROVIDE ADDITIONAL LABOR, AT NO EXPENSE TO CUSTOMER, FOR ANY ADDITIONAL REPAIR THAT ARE NECESSITATED AS A RESULT OF ANY DEFECT IN LABOR PERFORMED WHILE COMPLETING THE REPAIRS LISTED ON THIS REPAIR ORDER.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

**CUSTOMER COPY**

**To:** John Kinec

**Fax #:**

**Re:**

**Date:**

**Pages:** 7 including this cover sheet.

**FACSIMILE**

Supplement for Richard White

Thank you

Sean

**Monroe Auto Body**

Monroe Auto Body
1769 Glassboro Road
Williamstown, NJ 08094

(856) 881-8210
Fax: (856) 881-1969

MONROE AUTO BODY
1769 GLASSBORO RD
WILLIAMSTOWN, NJ 08094
856-881-8210    FAX: 856-881-1969
LICENSE # 00679A

CD LOG NO 280-1    DATE 09/23/03

SHOP:        MONROE AUTO BODY
ADDRESS:     1769 GLASSBORO ROAD
CITY STATE:  WILLIAMSTOWN, NJ
ZIP:         08094-

INSP DATE:   09/23/03
CONTACT:     SCOTT BARR
PHONE 1:     (856) 881-8210
PHONE 2:     (856) 881-8214
FAX:         (856) 881-1969

OWNER:       WHITE, RICHARD

POINT OF IMPACT: 11

TYPE OF LOSS: /DRV

LIC#:                STATE:
BODY COLOR:
CONDITION:

VIN:         1FTDX1767VNC82385
MILEAGE:
ACCTNG CTL#:

DRIVEABLE:  NO

VEH. INSP#:

*=USER-ENTERED VALUE
EC=REPLACE ECONOMY
EU=REPLACE SALVAGE
PM=PXN REMAN/REBUILT
IT=PARTIAL REPAIR
BR=BLEND REFINISH
SB=SUBLET
P=CHECK
UP=UNRELATED PRIOR

E=REPLACE OEM
UC=RECONDITIONED PRT
EP=REPLACE PXN
TE=PARTL REPL PRICE
I=REPAIR
TT=TWO-TONE
N=ADDITIONAL LABOR
AA=APPEAR ALLOWANCE

NG=REPLACE NAGS
UM=REMAN/REBUILT PRT
PC=PXN RECONDITIONED
ET=PARTL REPL LABOR
L=REFINISH
CG=CHIPGUARD
RI=R&I ASSEMBLY
RP=RELATED PRIOR

****DOP SIGNED AND SECURED, PLEASE SEND CHECK TO SHOP*******

997 FORD F-150   XLT 2DOOR EXT CAB   6CYL GASOLINE 4.6
CODE: PB154D/A OPTNS A/24DFG

OPTIONS:
  TWO-STAGE - EXTERIOR SURFACES        TWO-STAGE - INTERIOR SURFACES
  ELEC REMOTE CONTROL MIRRORS          POWER DOOR LOCKS
  POWER WINDOWS

| OP | GDE | MC | DESCRIPTION | | MFG.PART NO. | PRICE | AJ% B% | HOURS | R |
|----|-----|----|-------------|--|--------------|-------|--------|-------|---|
| E  | 0443 |   | MLDG,BEDSIDE PNL UP | RT | XL3Z99291A40AAA | 69.37 | | 0.4 | 1 |
| RI | 0402 |   | GUARD, STONE | RT | R&I ASSEMBLY | | | 0.2 | 1 |
| RI | 0534 |   | TAILLAMP ASSEMBLY | RT | R&I ASSEMBLY | | | 0.4 | 1 |
| N  | 0585 |   | REAR BUMPER ASSY R&I | | ADDNL LABOR OPERA | | | 3.0 | 2 |
| EU | 0840 |   | REAR AXLE ASSEMBLY | | SALVAGE PART | 1,000.00* | +25 | 0.6 | 2 |
| RI | 1726 |   | KIT, BRAKE SHOE | | R&I ASSEMBLY | | | 0.4 | 2 |
| RI | 1893 |   | CYLINDER, RR BRAKE | LT | R&I ASSEMBLY | | | 0.4 | 2 |
| RI | 1894 |   | CYLINDER, RR BRAKE | RT | R&I ASSEMBLY | | | 0.3 | 2 |
| RI | 1741 | 01 | COVER,REAR AXLE | | R&I ASSEMBLY | | | | |

PAGE

```
1997 FORD F-150    XLT 2DOOR EXT CAB
CD LOG NO 280-1
                                                      INC*           0.5 2
                                                      INC*           0.5 2
EU 0791 01  SPRING,REAR LEAF    LT R&I ASSEMBLY       INC*           1.5 2
EU 0792 01  SPRING,REAR LEAF    RT R&I ASSEMBLY                     1.5*1*
EU 0856     BRKT,REAR SPRING    RT R&I ASSEMBLY       52.35*         0.3*1*
I  M31      SET-UP FOR REALIGN.  REPAIR
E           GEAR OIL 3 QTS       NEW PART
            REQUIRED SPECIAL FORD GEAR ONLY                          3.0*3*
I           REALIGN FRAME        REPAIR                              0.5*2*
I           BLEAD BRAKES         REPAIR                              1.5*2*
RI          EMERGENCY BRAKE CABLE  R&I ASSEMBLY
            USED CABLES WERE CUT

    17 ITEMS

                      MC  MESSAGE(S)
                      01 CALL DEALER FOR EXACT PART NUMBER / PRICE


 FINAL CALCULATIONS & ENTRIES                                     121.72
       GROSS PARTS                                              1,000.00
       OTHER PARTS                                                250.00+
       LINE ITEM MARKUP                                        1,371.72
 PARTS TOTAL                                          6.000%       82.30
       TAX ON PARTS & MATERIAL @

                         RATE    REPLACE HRS    REPAIR HRS
       LABOR                                      1.9       126.00
       1-SHEET METAL   42.00        1.1                     533.60
       2-MECH/ELEC     58.00        8.7          0.5        135.00
       3-FRAME         45.00                     3.0
       4-REFINISH      42.00
       5-PAINT MATERIAL 20.00                               794.60
 LABOR TOTAL                                         6.000%       47.68
       TAX ON LABOR
       SUBLET REPAIRS
       TOWING
       STORAGE
                                                               2,296.30
 GROSS TOTAL
                                                               2,296.30
 NET TOTAL

 ADP SHOPLINK U4645 ES CD LOG 280-1 DATE 09/23/03 02:25:21PM R6.3  CD 09/03
 HOST LOG
 (C) 1998 - 2003 ADP CLAIMS SOLUTIONS GROUP, INC.


 ----------------------------------------------
```

PAGE

# MONROE AUTO BODY

1769 Glassboro Road
Williamstown, NJ 08094
(856) 881-8210  Fax (856) 881-1969
New Jersey State Auto Body License #00679A

Name _Richard White RR_

Address _____

Phone _____

Year _97_  Make _Ford_

Model _F-150_  Date _____

SERIAL NO. _____

TAG NO. _____

MILEAGE _____

CLAIM NO. _____

I authorize direct payment (of my supplement) to Monroe Auto Body

Signature X _____  Date _10-23-03_

M-4010



INVOICE

AUTO SALVAGE INC.
EAST PINEY HOLLOW ROAD
WILLIAMSTOWN NJ 08094
856-728-7300

800.728.7302

CORES...EXCHANGES...RETURNS
BUYER READ OTHER SIDE FOR OUR POLICY

REFERENCE NO      DATE      TIME

P.O. NUMBER                CUSTOMER NO.
F150 REAR                  0818210

MONROE auto body
1769 Route 322
WILLIAMSTOWN, NJ 08094

SHIP TO

EXCHANGE NEEDED

Job 1247

TYPE OF SALE                TAX CODE                SHIP VIA        Page 1

SALESMAN                                                           DELIVERY

PART NUMBER AND DESCRIPTION                         UNIT PRICE   EXTENSION

435-02034C  1Y-REAR AXLE ASSEMBLY  Stk#3H0483 LIME-40   1000.00   1000.00 n
2WD,AUTO,DRUM BRAKE,3.55 RATIO     V#1FTZF1721WNA61999
Requested 97 TFORD150
518-00526   1Y-REAR LEAF SPRING    Stk#3H0483 LIME-40      .00       .00 n
2PU,120WB,CHK ID,LS SUB TO         V#1FTZF1721WNA61999  Nascar pkg; (spring code) A KID F65A-
Requested 97 TFORD150
18-00526    1Y-REAR LEAF SPRING    Stk#3H0483 LIME-40      .00       .00 n
2PU,120WB,CHK ID,LS SUB TO         V#1FTZF1721WNA61999  Nascar pkg; (spring code) A KID F65A-
Requested 97 TFORD150

ALSO NEED THE RIGHT FRONT SPRING PERCH
THAT IS RIVETED TO THE FRAME

Po ch # 2565

* * * THANK YOU, WE APPRECIATE YOUR BUSINESS * * *
                                   Subtotal    1000.00    TAX NJ-NJ      .00
                                   Taxable        .00     TOTAL       1000.00
                                   Parts       1000.00

RECEIVED BY

# SUSSMAN
## AUTOMOTIVE

### W W W . S U S S M A N A U T O . C O M

**HONDA**
1543 Easton Road
Roslyn, PA 19001
215-657-7050
**DIRECT PARTS LINE**
**215-657-3301**

**ACURA**
Corner of Rts. 38 & 73
Maple Shade, NJ 08052
856-722-9600
**DIRECT PARTS LINE**
**856-231-8843**

**LINCOLN MERCURY**
Old York Road & The Fairway
Jenkintown, PA 19046
215-884-3400
**DIRECT PARTS LINE**
**215-884-6285**

**OLDS / HONDA / ACURA / BMW**
Tilton & Fire Roads
Pleasantville, NJ 08232
609-641-1900
**DIRECT PARTS LINE**
**609-641-9080**

**MAZDA / ACURA / HYUNDAI**
Jenkintown & Baeder Roads
Jenkintown, PA 19046
215-887-1800
**DIRECT PARTS LINE**
**215-884-9006**

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 17 SEP 03 | | 17 SEP 03 | 17 SEP 03 | 409524 | |

PAGE 1 OF 1

ACCOUNT NO. L5448

| SOLD TO | SHIP TO |
|---|---|
| MONROE AUTO BODY | MONROE AUTO BODY |
| 1769 GLASSBORO RD | 1769 GLASSBORO RD |
| WILLIAMSTOWN, NJ 08094 | WILLIAMSTOWN, NJ 08094 |

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| 9-17 Z-5 | BC | | | JENKINTOWN, PA |

| | DESCRIPTION | LIST | AMOUNT |
|---|---|---|---|
| 639A XL3Z*9929 1A40*AA MLDG ASY- | | 69.37 46.48 | 46.48 |
| 1997 FORD F150 | | | |

THANK YOU FOR YOUR PARTS ORDER !!
CALL RON, JAY, SEAN, OR BOB FOR ALL OF
YOUR FORD, LINCOLN/MERCURY PARTS NEEDS
*** OR FAX US AT 215-884-2182 ***
YOUR BUSINESS IS APPRECIATED !!!!!

| PARTS | 46.48 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| | $46.48 |

CUSTOMER'S SIGNATURE

NO RETURNS WITHOUT THIS NOTICE
15% HANDLING CHARGE ON ALL 'STOCK PARTS' RETURNED
NO RETURNS ON ELECTRICAL OR SPECIAL ORDER PARTS
NO RETURNS AFTER 30 DAYS
NO RETURNS ON MERCHANDISE UNDER $5.00

# SUSSMAN
## AUTOMOTIVE
### w w w . s u s s m a n a u t o . c o m

**HONDA**
1543 Easton Road
Roslyn, PA 19001
215-657-7050
DIRECT PARTS LINE
**215-657-3301**

**ACURA**
Corner of Rts. 38 & 73
Maple Shade, NJ 08052
856-722-9600
DIRECT PARTS LINE
**856-231-6843**

**LINCOLN MERCURY**
Old York Road & The Fairway
Jenkintown, PA 19046
215-884-3400
DIRECT PARTS LINE
**215-884-6285**

**OLDS / HONDA / ACURA / BMW**
Tilton & Fire Roads
Pleasantville, NJ 08232
609-641-1900
DIRECT PARTS LINE
**609-641-9080**

**MAZDA / ACURA / HYUNDAI**
Jenkintown & Baeder Roads
Jenkintown, PA 19046
215-887-1800
DIRECT PARTS LINE
**215-884-9006**

| DV | ITERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|----|--------|----------------|--------------|--------------|----------------|---|
| | SEP 03 | | 22 SEP 03 | 22 SEP 03 | 409896 | |

PAGE 1 OF 1

ACCOUNT NO. L5448

**SOLD TO**
MONROE AUTO BODY
1769 GLASSBORO RD
WILLIAMSTOWN, NJ 08094

**SHIP TO**
MONROE AUTO BODY
1769 GLASSBORO RD
WILLIAMSTOWN, NJ 08094

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|----------|-------|---------|-------|--------------|
| 9-23-03 | JJ | | | JENKINTOWN, PA |

| | | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|-------------|------|------|--------|
| 6 | 6 | CTR1 XY*75W140*QL OIL - RR | 17.45 | 14.40 | 86.40 |

ZONE # 5

only used 3 Q**

(24)
paid ck# 2585
Whites (BB)

THANK YOU FOR YOUR PARTS ORDER !!
CALL RON, JAY, SEAN, OR BOB FOR ALL OF
YOUR FORD, LINCOLN/MERCURY PARTS NEEDS
*** OR FAX US AT 215-884-2182 ***
YOUR BUSINESS IS APPRECIATED !!!!!

| | |
|---|---|
| PARTS | 86.40 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| | $86.40 |

CUSTOMER'S SIGNATURE

NO RETURNS WITHOUT THIS NOTICE
15% HANDLING CHARGE ON ALL STOCK PARTS RETURNED
NO RETURNS ON ELECTRICAL OR SPECIAL ORDER PARTS
NO RETURNS AFTER 60 DAYS
NO RETURNS ON MERCHANDISE UNDER $5.00

09/02/2003 at 11:02 PM                                          File ID: 21437
68016

### LOFTUS ADJUSTERS
### 1 CHERRY HILL SUITE 630
### CHERRY HILL NJ  08002
### (215) 923-7195  FAX (800) 626-1050


Written by: JOE CUTTER #145937 09/02/2003 11:02 PM

For: OTHER - LOFTUS ADJUSTERS
     (215)923-7195 Fax: (800)626-1050
Adjuster:  JOHN KINEE #


### ESTIMATE OF RECORD

Insured: FED EX                          Claim # 32297
Owner: RICHARD WHITE JR                  Policy #
Address:                                 Date of Loss: 08/27/2003
                                         Type of Loss: Liability
Day:                                     Point of Impact: 5.  Right Rear
Evening:


Inspect                                  REPAIR_SHOP
Location:


Repair MONROE AB                         Business: (856)881-8210
Facility: 1769 GLASSBORO RD              Days to Repair
          WILLIAMSTOWN, NJ 08094         License #

1997 FORD F150 4X2 STANDARD SUPERCAB 8-4.6L-FI 3D LONG GREEN- SLI Int:
VIN: 1FTDX1767VNC82385  Lic: NSY67C    NJ  Prod Date:            Odometer: 127402
Intermittent Wipers      Dual Mirrors              Clear Coat Paint
Two Tone Paint           Power Steering            Power Brakes
Anti-Lock Brakes (2)     Driver Air Bag            Passenger Air Bag
Split Bench Seats        3RD Truck Door            Styled Steel Wheels

| | NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | | LABOR | PAINT |
|---|---|---|---|---|---|---|---|---|
| | 1 | | PICK UP BOX | | | | | |
| N | 2* | Rpr | RT Side panel 8 foot bed w/o whl opng | | | | 5.0 | 3.5 |
| | 3 | | Add for Clear Coat | | | | | 1.4 |
| | 4 | | Add for Two Tone | | | | | 1.4 |
| | 5# | R&I | TOOL BOX | | | | 1.5 | |
| | 6# | R&I | BED LINER | | | | 2.0 | |
| | 7 | Repl | RT Body side mldg 8 foot bed | 1 | 49.12 | | 0.3 | |
| | 8* | R&I | RT Wheelhouse panel | | | | 0.3 | 0.3 |
| | 9 | | WHEELS | | | | 1.5 | |
| | 10 | Repl | RT/Rear Wheel, alloy type 4 16x7, polished | 1 | 259.92 | m | 0.3 | |
| | 11 | Repl | RT/Rear Wheel cap type 3 type 6 whl, chrome | 1 | 38.60 | | | |
| | 12 | | REAR SUSPENSION | | | | | |
| | 13* | Repl | RT Shackle | 1 | 12.22 | | 1.0 | |

1

09/02/2003 at 11:02 PM                                     File ID: 21437
68016

**ESTIMATE OF RECORD**

1997 FORD F150 4X2 STANDARD SUPERCAB 8-4.6L-FI 3D LONG GREEN- SLI Int:

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|-----|-----|-------------|-----|------------|-------|-------|
| 14 | Repl | Check rear alignment | 1 | m | 0.5 | |
| 15 | | FRONT SUSPENSION | | | | |
| 16 | Repl | Align front wheels | 1 | m | 1.4 | |
| 17 | | STRIPE TAPE | | | | |
| 18 | Repl | RT Stripe tape 8 foot bed | 1 | 89.82 | 1.5 | |
| 19# | Repl | DECALS | 1 | 75.00 | 1.0 | |
| 20# | Repl | Clips & Hardware | 1 | 10.00 T | | |
| 21# | Repl | Clean for Delivery | 1 | T | 0.5 | |
| 22# | Repl | Cover for Overspray | 1 | 5.00 T | 0.3 | |
| 23# | Repl | Mask Jambs | 1 | 5.00 T | 0.3 | |
| 24# | Repl | Sand & Buff | 1 | T | 1.0 | |
| 25# | Refn | Tint Color | | | | 0.5 |
| 26# | | Balance Wheel | 1 | 12.00 T | | |
| 27# | Repl | Valve Stem | 1 | 2.50 T | | |
| 28# | | Hazardous Waste | 1 | 3.00 T | | |

Subtotals ==>          562.18      18.1      7.1

Line 2  : BLEND WITHIN

| | | | |
|---|---|---|---|
| Parts | | | 524.68 |
| Body Labor | 18.1 hrs @ $ 42.00/hr | | 760.20 |
| Paint Labor | 7.1 hrs @ $ 42.00/hr | | 298.20 |
| Paint Supplies | 7.1 hrs @ $ 20.00/hr | | 142.00 |
| Sublet/Misc. | | | 37.50 |

SUBTOTAL                                    $ 1762.58
Sales Tax            $ 1762.58 @  6.0000%     105.75

TOTAL COST OF REPAIRS                       $ 1868.33

ADJUSTMENTS:
  Deductible                                   0.00

TOTAL ADJUSTMENTS                           $    0.00
NET COST OF REPAIRS                         $ 1868.33

ATTACHED IS NOT AN AUTHORIZATION FOR REPAIRS!  ONLY THE OWNER OF THE VEHICLE
CAN AUTHORIZE THE REPAIRS.

APPRAISERS SIGNATURE: _____ LICENSE# ___n/a___

2

A81-71
2/00

FedEx Ground Package System, Inc.
**ADJUSTER'S 48 HOUR FAX REPORT**

TO: FedEx Ground
Risk Management Dept.
Liability Section
Akron, OH
FAX No.: 330-665-8522
Number of Pages Faxed: _2_
Date Faxed: 8|29|03

[ ] FedEx Ground
[ ] FedEx Ground, Ltd. (Canada)
[✓] FedEx Home Delivery

FROM: Adjuster's Name _John Kine-e_

Adjusting Co. Name _LOFTUS ADJUSTMENT SERVICE, INC._
                    SUITE 630
Address (City & State): _ONE CHERRY HILL_
                    CHERRY HILL, NJ 08002

Telephone No.: _____

FAX No.: _____

Adjuster's File No.: _32297_

AUG 29 2003

**DIRECTIONS:** Please FAX this form to the Liability Section within 48 hours on ALL new assignments. **EXCEPTION: FATALITY OR SERIOUS PERSONAL INJURY** - Phone (do not FAX) the Liability Manager within 6 hours (refer to FedEx Ground's handling instructions). Please type or write legibly.

Our Driver's Name: _Tom Salvo_

Source of Assignment (Individual's Name): _John Balzer_   Phone #: _____

Acc. Date: _8|27|03_ Time: _930_ am/pm   Date Assigned: _8|27|03_ Time Assigned: _841_ am/pm

Location: _446 Prospect Ave W. Berlin N.J_
          (Street or Hwy.)        (City)        (State)

Weather and Road Conditions: _Clear & dry_

Accident Description: _FNS backed out of driveway_
_Strike ctr Right rear._

|  |  |  |
|---|---|---|
| | **DIAGRAM** | **INDICATE NORTH BY ARROW** |

**Our Vehicle:**                                          **Approx. PD**

Tractor #: _____  Owner: _____  $ _____

Trailer #: _____  Owner: _____  $ _____

Trailer #: _____  Owner: _____  $ _____

Van/Truck #: _703745_  Owner: _____  $ _____

Company Car#: _____  Owner: _____  $ _____

FedEx Ground        Cargo Aboard  [ ] Yes  [ ] No   Cargo Damage _____

FedEx Ground, Ltd.  Cargo Aboard  [ ] Yes  [ ] No   Cargo Damage _____

FedEx Home Delivery  [✓] On Duty  [ ] Off Duty   Cargo Damage _None_

Is our Driver Injured? _No_  Describe Injuries: _____

**Vehicle #2:**

Year and Make: _97 Ford F-150_  Approx. Property Damage $ _UNK_

Owner's Name: _Richard White_

Driver's Name: _"_   "_  Age: _45_

Have you obtained Veh. #2 Driver's Statement:?  ☐ Yes  ☐ No  (If yes, ☐ Recorded ☐ Signed)

Is Vehicle #2 Driver Injured? _Yes_ Describe Injuries: _Neck, back_

Has Vehicle #2 Driver received medical treatment? _Yes_  Admitted to Hospital? _NO_

(OVER) Please be certain you complete and FAX reverse side of this form.

PAGE 2

ADJUSTER'S 48 HOUR FAX REPORT (Cont.)

Our Driver's Name: _Tom Salvo_    Accident Location (State): _N.J_

Accident Date: _8 27 03_

---

**Vehicle #2 Passenger:**

Passenger Name: _Lanny Benedict_    Age: _15_

Have you obtained a statement?    ☐ Recorded    ☐ Signed    ☑ None

Is Vehicle #2 Passenger injured? _No_    Describe Injuries: _____

Has Vehicle #2 Passenger received medical treatment? _No_    Admitted to Hospital? _____

---

**Additional Passenger:**

Passenger Name: _____    Age: _____

Have you obtained a statement?    ☐ Recorded    ☐ Signed    ☐ None

Is Vehicle #2 Passenger injured? _____    Describe Injuries: _____

Has Vehicle #2 passenger received medical treatment? _____    Admitted to Hospital? _____

---

**Vehicle #3:**

Year and Make: _____    Approx. Property Damage $_____

Owner's Name: _____

Driver's Name: _____    Age: _____

Have you obtained Veh. #3 Driver's Statement?    ☐ Recorded    ☐ Signed    ☐ None

Is Vehicle #3 Driver injured? _____    Describe Injuries: _____

Has Vehicle #3 Driver received medical treatment? _____    Admitted to Hospital? _____

---

**Additional Passenger:**    ☐ In Vehicle # _____ or ☐ Pedestrian

Name: _____    Age: _____

Have you obtained a statement?    ☐ Recorded    ☐ Signed    ☐ None

Injured? _____    Describe Injuries: _____

Received medical treatment? _____    Admitted to Hospital? _____

---

Did police investigate? _Yes_    Name of Police Agency: _W. Berlin_

Any citations issued?  ☐ Yes  ☐ No    To Whom: _____    Citation: _____

Any witnesses? _No_    Name: _____

Have you obtained their statement? _____    Whom do witnesses favor? _____

---

**Damage to Other Property:**

Type of Property: _____

Owner's Name: _____

Damage Estimate: $_____    Describe Damage: _____

---

Adjuster's Comments: _INS backed out, Smile clt. Spu_
_clt. had Fusion Surgery 2-5 yrs ago._
_Talleto To hosp onstretiler. Arranged_
_rental For clt clt carrier Told him no_
_coverage For medical, now has ATTY._

Adjuster's Recommendations for Further Handling (be specific):

1. _Police Report_
2. _Appraisal_
3. _No inj  R/s clt pass_
4. _____

---

**PLEASE KEEP THIS ORIGINAL IN YOUR FILE.**

VAI-4308100591

## GENERAL INFORMATION

| | |
|---|---|
| Case number | 2003-1721 |
| Accident date | 8/27/2003 |
| Accident time | 9:15:00 AM |
| Submitted date | 8/27/2003 |
| Submitted time | 2:16:24 PM |
| Submitter Name | John R Belz |
| Submitter title | Service Manager |
| Terminal State | NJ |
| Terminal # | 3081 |
| Terminal name | CAMDEN - HD |
| Terminal phone | 8568570405 |
| Terminal FAX | 8568570409 |

AUG 2 8 2003

## ACCIDENT LOCATION

| | |
|---|---|
| Company property | No |
| Highway/street | 446 Prospect Ave |
| City | West Berlin |
| County | Camden |
| St./Prov | NJ |
| Landmark/Mile marker | |
| Near intersecting route | |
| Operation type | HOME DELIVERY |
| Accident type | PICK-UP AND DELIVERY |
| L/H team operation | |
| Dispatch terminal | |
| Dispatch date | |
| Dispatch time | |
| Destination terminal | |
| Arrival date | |
| Arrival time | |

## POLICE INVESTIGATION

| | |
|---|---|
| Officer name | Sideril |
| Police jurisdiction | City/Local |
| Was driver cited | No |
| Citation type | |

## CONTRACTOR/DRIVER INFORMATION

| | |
|---|---|
| Driver# | 139507115 |
| Domicile terminal | CAMDEN - HD |
| Date of birth | 5/27/1961 |
| Start date | 7/1/2002 |
| DOT physical date | 6/20/2004 |
| Driver name | TOM  SALVO |
| Address | 57 SOFIA DRIVE |
| City | BLACKWOOD |
| St./Prov | NJ |
| Zip/Postal | 08012 |
| Phone | 8562613814 |
| Driver license # | S03317400005612 |
| State issued | NJ |

## DRIVING EXPERIENCE

| | |
|---|---|
| Any vehicle - years | 25 |
| Any vehicle - months | 0 |
| Commercial - years | 1 |
| Commercial - months | 2 |
| FedEx Ground P and D School graduate | Yes |
| FedEx Ground linehaul school graduate | No |
| Driver status | Regular |
| If injured, list type | None |
| Dates of prior at fault accidents | |
| Did contractor/driver require immediate | |

medical attention away from the scene          No
Hours on duty since 8 hour break               1 Hrs 15 min
Hours of driving since 8 hour break            1 Hrs 15 min

**CONTRACTOR INFORMATION**

Contractor number
Contractor name
Contractor initial contract date               7/1/2002
Did contractor have outside insurance          No
Reason for other insurance - Physical damage
Reason for other insurance - Bobtail/deadhead
Reason for other insurance - Indemnity
Date of prior at fault accidents               8/26/2003, 8/26/2003, 8/26/2003, 8/26/2003, 8/25/2003,
                                               8/25/2003, 8/25/2003, 8/25/2003, 8/23/2003, 8/23/2003,
                                               8/23/2003, 8/23/2003, 8/22/2003, 8/22/2003, 8/21/2003,
                                               8/21/2003, 8/20/2003, 8/20/2003, 8/20/2003, 8/20/2003,
                                               8/20/2003, 8/20/2003, 8/19/2003, 8/19/2003, 8/19/2003,
                                               8/19/2003, 8/19/2003, 8/19/2003, 8/19/2003, 8/19/2003,
                                               8/19/2003, 8/18/2003, 8/18/2003, 8/18/2003, 8/18/2003,
                                               8/16/2003, 8/16/2003, 8/16/2003, 8/15/2003, 8/14/2003,
                                               8/14/2003, 8/14/2003, 8/14/2003, 8/14/2003, 8/14/2003,
                                               8/14/2003, 8/14/2003, 8/13/2003, 8/13/2003, 8/13/2003,
                                               8/13/2003, 8/13/2003, 8/13/2003, 8/13/2003, 8/12/2003,
                                               8/12/2003, 8/12/2003, 8/12/2003, 8/12/2003, 8/11/2003,
                                               8/11/2003, 8/11/2003, 8/11/2003, 8/11/2003, 8/11/2003,
                                               8/9/2003, 8/8/2003, 8/8/2003, 8/8/2003, 8/8/2003, 8/8/2003,
                                               8/8/2003, 8/8/2003, 8/8/2003, 8/8/2003, 8/8/2003, 8/8/2003,
                                               8/7/2003, 8/7/2003, 8/7/2003, 8/7/2003, 8/7/2003, 8/7/2003,
                                               8/7/2003, 8/7/2003, 8/7/2003, 8/7/2003, 8/6/2003, 8/6/2003,
                                               8/6/2003, 8/6/2003, 8/5/2003, 8/5/2003, 8/4/2003, 8/4/2003,
                                               8/4/2003, 8/4/2003, 8/4/2003, 8/2/2003, 8/2/2003, 8/2/2003,
                                               8/1/2003, 8/1/2003, 8/1/2003, 8/1/2003, 7/31/2003, 7/31/2003,
                                               7/31/2003, 7/30/2003, 7/30/2003, 7/30/2003, 7/30/2003,
                                               7/30/2003, 7/30/2003, 7/30/2003, 7/29/2003, 7/29/2003,
                                               7/29/2003, 7/29/2003, 7/29/2003, 7/29/2003, 7/29/2003,
                                               7/29/2003, 7/29/2003, 7/29/2003, 7/29/2003, 7/29/2003,
                                               7/29/2003, 7/28/2003, 7/28/2003, 7/28/2003, 7/28/2003,
                                               7/27/2003, 7/26/2003, 7/26/2003, 7/25/2003, 7/25/2003,
                                               7/25/2003, 7/25/2003, 7/25/2003, 7/25/2003, 7/25/2003,
                                               7/24/2003, 7/24/2003, 7/24/2003, 7/24/2003, 7/24/2003,
                                               7/24/2003, 7/24/2003, 7/24/2003, 7/24/2003, 7/24/2003,
                                               7/23/2003, 7/23/2003, 7/23/2003, 7/23/2003, 7/23/2003,
                                               7/23/2003, 7/23/2003, 7/23/2003, 7/21/2003, 7/21/2003,
                                               7/21/2003, 7/21/2003, 7/21/2003, 7/21/2003, 7/19/2003,
                                               7/18/2003, 7/18/2003, 7/18/2003, 7/18/2003, 7/17/2003,
                                               7/17/2003, 7/17/2003, 7/17/2003, 7/17/2003, 7/17/2003,
                                               7/17/2003, 7/16/2003, 7/16/2003, 7/16/2003, 7/16/2003,
                                               7/16/2003, 7/15/2003, 7/15/2003, 7/15/2003, 7/15/2003,
                                               7/15/2003, 7/15/2003, 7/15/2003, 7/14/2003, 7/14/2003,
                                               7/14/2003, 7/14/2003, 7/14/2003, 7/12/2003, 7/11/2003,
                                               7/11/2003, 7/11/2003, 7/11/2003, 7/10/2003, 7/10/2003,
                                               7/10/2003, 7/10/2003, 7/10/2003, 7/9/2003, 7/9/2003, 7/9/2003,
                                               7/9/2003, 7/9/2003, 7/9/2003, 7/9/2003, 7/9/2003, 7/8/2003,
                                               7/8/2003, 7/8/2003, 7/7/2003, 7/7/2003, 7/7/2003, 7/5/2003,
                                               7/5/2003, 7/5/2003, 7/3/2003, 7/3/2003, 7/3/2003, 7/3/2003,
                                               7/3/2003, 7/3/2003, 7/2/2003, 7/2/2003, 7/2/2003, 7/1/2003,
                                               7/1/2003, 7/1/2003, 7/1/2003, 7/1/2003, 7/1/2003, 7/1/2003,
                                               7/1/2003, 7/1/2003, 6/30/2003, 6/30/2003, 6/30/2003, 6/28/2003,
                                               6/28/2003, 6/28/2003, 6/28/2003, 6/27/2003, 6/27/2003,
                                               6/27/2003, 6/27/2003, 6/27/2003, 6/26/2003, 6/26/2003,
                                               6/26/2003, 6/26/2003, 6/26/2003, 6/26/2003, 6/25/2003,
                                               6/25/2003, 6/25/2003, 6/25/2003, 6/25/2003, 6/25/2003,
                                               6/24/2003, 6/24/2003, 6/24/2003, 6/23/2003, 6/23/2003,
                                               6/21/2003, 6/21/2003, 6/21/2003, 6/20/2003, 6/20/2003,
                                               6/20/2003, 6/20/2003, 6/20/2003, 6/20/2003, 6/20/2003,
                                               6/20/2003, 6/20/2003, 6/20/2003, 6/20/2003, 6/20/2003,
                                               6/20/2003, 6/19/2003, 6/19/2003, 6/19/2003, 6/19/2003,
                                               6/19/2003, 6/17/2003, 6/17/2003, 6/17/2003, 6/17/2003,
                                               6/17/2003, 6/17/2003, 6/17/2003, 6/17/2003, 6/17/2003,
                                               6/17/2003, 6/16/2003, 6/16/2003, 6/16/2003, 6/16/2003,
                                               6/16/2003, 6/16/2003, 6/16/2003, 6/16/2003, 6/16/2003,
                                               6/16/2003, 6/16/2003, 6/14/2003, 6/14/2003, 6/13/2003,
                                               6/13/2003, 6/13/2003, 6/13/2003, 6/13/2003, 6/12/2003,

6/13/2003, 6/13/2003, 6/13/2003, 6/13/2003, 6/12/2003,
6/12/2003, 6/12/2003, 6/12/2003, 6/12/2003, 6/11/2003,
6/11/2003, 6/11/2003, 6/11/2003, 6/11/2003, 6/11/2003,
6/10/2003, 6/10/2003, 6/10/2003, 6/10/2003, 6/10/2003,
6/10/2003, 6/10/2003, 6/10/2003, 6/10/2003, 6/10/2003,
6/10/2003, 6/10/2003, 6/9/2003, 6/9/2003, 6/9/2003, 6/9/2003,
6/9/2003, 6/9/2003, 6/7/2003, 6/7/2003, 6/6/2003, 6/6/2003,
6/5/2003, 6/5/2003, 6/4/2003, 6/4/2003, 6/3/2003, 6/3/2003,
6/2/2003, 6/2/2003, 5/31/2003, 5/28/2003, 5/16/2003, 3/29/2003,
3/24/2003, 3/5/2003, 2/12/2003, 11/11/2000

| | |
|---|---|
| Name of company notified | luftus adjustment |
| Date contacted | 8/27/2003 |
| Time contacted | 9:20:00 AM |

**FEDEX VEHICLE INFORMATION**

| | |
|---|---|
| Power unit type | VAN |
| Power unit number | 703745 |
| Estimated total damage amount | 10.00 |

**EQUIPMENT**

| | |
|---|---|
| Equipment Type | Van |
| Unit Number | 703745 |
| Owner | Tom Salvo |
| Damage to Vehicle | Minor |
| Damage Estimate | 10.00 |

| | |
|---|---|
| Cargo status | Loaded |
| Estimated cargo weight | 1000 |
| Estimated cargo damage | 0 |
| Was the weight of the vehicle over 26,000 gvwr | No |
| Did ground vehicle have backing camera | Yes |
| Was any FedEx equipment towed away from the scene. | No |
| If tractor, was it equipped with a right blind spot camera | No |
| Was there a passenger in the FedEx Ground vehicle | No |
| Reason for passenger | |
| Reason for passenger - other | |
| If injured, list type | |
| Did passenger require immediate medical attention away from the scene | |
| Passenger name | |
| Address | |
| City | |
| St./Prov | |
| Zip/Postal | |
| Phone | |
| Age | |

**OTHER VEHICLE INFORMATION**

| | |
|---|---|
| Vehicle type | TRUCK |
| Make | unknown |
| Year | unkn |
| License plate | unknown |
| State | NJ |
| Insurance company | |
| Policy number | |
| Estimate of damages | 0.00 |
| Was the vehicle occupied | Yes |
| Was vehicle towed from the scene | No |

**DRIVER**

| | |
|---|---|
| Name | |
| Address | |

City
St./Prov
Zip/Postal
Phone
Driver's age
If injured, list type
Did the driver require immediate
medical attention away from the scene
Was driver cited                                         No
Citation type                                            No

**OWNER**

Name                                                     unknown  ur known
Address                                                  unknown
City                                                     unknown
St./Prov                                                 NJ
Zip/Postal                                               unknown
Phone                                                    unknown

**PASSENGER(S)**

First name
Last name
Phone
Injury
Medical attention

---

**PROPERTY DAMAGE GENERAL LIABILITY**

Fixed object type
Damage amount
First name
Last name
Phone

---

**ACCIDENT SCENE**

Highway description                                      Dry
Weather                                                  Clear
Visibility                                               Day
How many lanes                                          02
Line markings                                            Unmarked
Lane type                                                Undivided - Two Way
Legal limit                                              25
FedEx vehicle                                            2
Vehicle #2
Description of accident/incident                         Tom was needed to use a driveway to get out of the cul-de-sac.
                                                         Vehical #2 hit him from behind

Selected code that best matches
accident/incident description                            BACKING (REAR BLIND) HIT (OCCUPIED)

**ADJUSTER**

| | |
|---|---|
| Was an adjuster assigned | Yes |
| Adjuster | Camden Loftus Adjustment Service, Inc. |
| Date assigned | 8/27/2003 |
| Time assigned | 9:26:00 AM |

**PEDESTRIAN/WITNESS**

Type

First name

Last name

Phone

Injury

Medical attention     No

---

**REPORTING INFORMATION**

**ALCOHOL/DRUG INFORMATION**

| | |
|---|---|
| Has the driver been tested for alcohol | No |
| If yes, how much time elapsed from the time of the accident before alcohol testing occurred | 0 Hrs 0 min |
| Has the driver been tested for drugs | No |
| If yes, how much time elapsed from the time of the accident before drug testing occurred | 0 Hrs 0 min |

**Reporting Information**

| | |
|---|---|
| Did accident/incident result in any media attention | No |
| Did the contractor report the accident as on duty | Yes |
| Was FedEx ground legally parked | No |
| Did accident result in a fuel spill | No |
| Did accident release hazardous material other than vehicles fuel | No |
| Clean up company name | |
| Phone | |
| Was this a major accident | No |

**FEDEX GROUND NOTIFICATION**

**Risk Management Liability Manager**

Manager's name

Date contacted

Time contacted

**Safety Department Manager**

Manager's name

Date contacted

Time contacted

**RMSM Manager**

| | |
|---|---|
| Manager's name | Pete Arata |
| Date contacted | 8/27/2003 |
| Time contacted | 1:30:00 PM |

**MD/RM Manager**

Manager's name

Date contacted

Time contacted

# NEW JERSEY POLICE ACCIDENT REPORT

☐ REPORTABLE ☐ NON-REPORTABLE

| 43 CASE NUMBER | 51 COUNTY | 52 ROAD NAME | STREET ADDRESS | 53 ROUTE NO. SUFFIX | 54 MILEPOST |
|---|---|---|---|---|---|

44 POLICE DEPARTMENT                          CODE
BERLIN TWP

☒ AT INTERSECTION WITH    ☐ NORTH  ☐ EAST    OF: #448 PROSPECT DRIVE
☐ FEET  ☐ MILES            ☐ SOUTH ☐ WEST
☐ METERS ☐ Km

45 STATION/PRECINCT                    55          56          57

RAMP? ☐ NO                                  58 ROAD NAME
      ☐ YES   FROM:___        59 (ROUTE NO.)        61 (ROUTE NO.)        62

☐ NB ☐ EB
☐ SB ☐ WB
☐ NB ☐ EB
☐ SB ☐ WB

| 46 DATE OF COLLISION | | | 47 DAY OF WEEK | 48 TIME (USE 2400 HRS.) | 49 MUNICIPALITY CODE | 50 TOTAL KILLED | 51 TOTAL INJURED |
|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | S M Tu ⓦ Th F S | | | | |
| 08 | 21 | 05 | | 0915 | 0406 | 0 | 01 |

63 LATITUDE                    64 LONGITUDE        89 MUS. CODE

| VEH. NO. | 65 POLICY NO. | 66 INS. CODE | VEH. NO. | 88 POLICY NO. | INS. CODE |
|---|---|---|---|---|---|
| 11 | 1231703745 | 015 | 2 | BA5E308 | 172 |

☐ PARKED ☐ PED ☐ BICYCLIST ☐ RESPONDING TO AN EMERGENCY ☐ HIT & RUN
☐ PARKED ☐ PED ☐ BICYCLIST ☐ RESPONDING TO AN EMERGENCY ☐ HIT & RUN

67 DRIVER'S FIRST NAME    INITIAL    LAST NAME
THOMAS    SALVO

90 DRIVER'S FIRST NAME    INITIAL    LAST NAME
RICHARD F. WHITE JR.

68 NUMBER AND STREET
57 SOFIA DRIVE

91 NUMBER AND STREET
3501 RT 42 UNIT 7-A 217

| 69 CITY | STATE | ZIP | EXPIRES |
|---|---|---|---|
| BLACKWOOD | NJ | 08012 | 8/06 |

| 92 CITY | STATE | ZIP | EXPIRES |
|---|---|---|---|
| TURNERSVILLE | NJ | 08012 | 2/07 |

| 70 DRIVER'S LICENSE NUMBER | 71 STATE | 72 MO. DAY YR. | 73 EYES | 74 SEX |
|---|---|---|---|---|
| S0331740000105612 | NJ | 5/27/61 | 2 | M |

| 93 DRIVER'S LICENSE NUMBER | 94 STATE | 95 DOB MO. DAY YR. | 96 EYES | 97 SEX |
|---|---|---|---|---|
| W35721655661065 82 | NJ | 6/14/58 | 2 | M |

75 OWNER'S FIRST NAME    INITIAL    LAST NAME
☐ SAME AS DRIVER
LISA SALVO

98 OWNER'S FIRST NAME    INITIAL    LAST NAME
☒ SAME AS DRIVER

76 NUMBER AND STREET
57 SOFIA DRIVE

99 NUMBER AND STREET

| 77 CITY | STATE | ZIP | EXPIRES |
|---|---|---|---|
| BLACKWOOD | NJ | 08012 | 7/04 |

| 100 CITY | STATE | ZIP | EXPIRES |
|---|---|---|---|

| 78 MAKE AND MODEL | COLOR | 79 YEAR | 80 PLATE NO. | 81 STATE |
|---|---|---|---|---|
| CHEVY VAN | WT | 02 | X6766A | NJ |

| 101 MAKE AND MODEL | COLOR | 102 YEAR | 103 PLATE NO. | 104 STATE |
|---|---|---|---|---|
| FORD PKUP | GR | 97 | NSY67C | NJ |

82 VIN NUMBER
1GBHG31R821145284

105 VIN NUMBER
1FTDX1767VNC82385

83 VEHICLE REMOVED TO                84 AUTHORITY
☐ TOWED   1 OWNER
☐ DRIVEN  2 DRIVER
          3 POLICE

106 VEHICLE REMOVED TO                107 AUTHORITY
☐ TOWED   1 OWNER
☒ DRIVEN  2 DRIVER
          3 POLICE

86 CLOCKPOINT DIAGRAM

87 ACCIDENT DIAGRAM
○ INDICATE NORTH

(SEE DIAGRAM)

13 ROOF
14 UNDERCARRIAGE
15 OVERTURNED
16 TOTALED
17 NONE   18 OTHER ●

85 AREAS DAMAGED
INITIAL PRINCIPAL
IMPACT  IMPACT
VEH. 1   6      6
VEH. 2   5      5

108 ALCOHOL DATA
TEST GIVEN
DRIV. ☐ NO   ☐ BREATH
1    ☐ YES   ☐ BLOOD
     ☐ REFUSED ☐ URINE
RESULTS 0.___%

TEST GIVEN
DRIV. ☐ NO   ☐ BREATH
2    ☐ YES   ☐ BLOOD
     ☐ REFUSED ☐ URINE
RESULTS 0.___%

TEST GIVEN
PED. ☐ NO   ☐ BREATH
     ☐ YES   ☐ BLOOD
     ☐ REFUSED ☐ URINE
RESULTS 0.___%

109 HAZARDOUS MATERIAL
ON BOARD SPILL    PLACARD NUMBER
V1  ☐      ☐
V2  ☐      ☐

110 USDOT CARRIER NO.
V1
V2

111 ICC CARRIER NO.
V1
V2

112 VEHICLE WEIGHT (GVW) V1 ___ lbs.  V2 ___ lbs.

16 POSTED SPEED    25

113 CARRIER NAME

114 ACCIDENT DESCRIPTION
#2 EB ON PROSPECT PASSING DRIVE TO #448
PROSPECT AVE. #1 BACKING OUT OF #448 PROSPECT
AVE. DRIVEWAY. #1 STRUCK #2 WHILE BACKING. X

115 DAMAGE TO OTHER PROPERTY

| OPER. | 116 CHARGE | SUMMONS NUMBER |
|---|---|---|
| | | |

| OPER. | 117 CHARGE | SUMMONS NUMBER |
|---|---|---|
| | | |

NUMBER OF VEHICLES
122

118 OFFICER'S SIGNATURE
Sgt.

119 BADGE NUMBER    120 REVIEWED BY    BADGE NUMBER    121 STATUS
610          A      601         ☐ PENDING ☒ COMPLETE

NAMES & ADDRESSES OF OCCUPANTS–IF DECEASED DATE & TIME OF DEATH

| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | – | 1 | 42 | M | – | 0404 | | | – | DRIVER #1 |
| B | 2 | 1 | – | 1 | 45 | M | I | 0404 | | | – | DRIVER #2 |
| C | | | | | | | | | | | | |
| D | | | | | | | | | | | | |
| E | | | | | | | | | | | | |

NJTR-1 (R 6/01)

123 DEP. CASE NUMBER (SAFETYNET ONLY)

**RECORD BUREAU COPY**

LΛRLIN TOWNSHIP POLICE DEPARTMENT

CONTINUATION PAGE

| Complaint Number | Prosecutor's Case Number | Department Case Number #03-330 |
|---|---|---|

◁-N

＊ NOT TO SCALE

PROSPECT AVE.   ＊OFFICER  REF. ONLY

#448 PROSPECT

#2 < #1

| Name Signature | Badge Number 610 | Page | Date Report 8-27-03 | Reviewed by |
|---|---|---|---|---|