IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. WHITE JR., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v | : | C. A. No. 05C-53 GMS |
| | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

I, MICHAEL I. SILVERMAN, ESQUIRE, do hereby certify that on May 20, 2005, two copies of Plaintiffs' Answers to Interrogatories and Response to Request for Production were served upon the following counsel by hand delivery:

DAVID G. CULLEY, ESQUIRE
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899

SILVERMAN McDONALD & FRIEDMAN

/s/ MICHAEL I. SILVERMAN
**MICHAEL I. SILVERMAN**
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Plaintiff
I.D. NO: 3034

DATED: