IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE JR., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 05C-53 GMS |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendants. | : |

BE IT REMEMBERED that on this 20th day of July, A.D., 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Richard F. White, Jr., being duly sworn according to law did depose and say that Plaintiff's Answers to Interrogatories are true and correct to the best of his information, knowledge and belief.

/s/ RICHARD F. WHITE, JR.
Richard F. White, Jr.

SWORN TO AND SUBSCRIBED before me this 20th day of July, 2005.

/s/ MICHAEL I. SILVERMAN
ATTORNEY