IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., | : |
| Plaintiff, | : C.A. NO: 05C-53-GMS |
| | : |
| v. | : DEMAND FOR JURY TRIAL |
| | : |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendant. | : |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that arrangements have been made to take the ORAL DEPOSITION of Thomas Salvo on **Tuesday, November 8, 2005 at 4:30 p.m.** The deposition will take place at the office of David G. Culley, Esquire, Tybout Redfearn & Pell, 300 Delaware Avenue, Suite 1100, P.O. Box 2092, Wilmington, DE 19899

SILVERMAN McDONALD & FRIEDMAN

/s/Michael I. Silverman, Esquire
**MICHAEL I. SILVERMAN**
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs
I.D. 30340.............................

Dated: 10/240/05