IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., | : |
| Plaintiff, | : C.A. NO: 05C-53-GMS |
| | : |
| v. | : DEMAND FOR JURY TRIAL |
| | : |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esq., do hereby certify that on this 24th day of October, 2005, I forwarded **US MAIL**, two (2) copies of the attached **NOTICE OF DEPOSITION** to the following party:

David G. Culley, Esquire
Tybout Redfearn & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899

SILVERMAN McDONALD & FRIEDMAN

/s/ Michael I. Silverman, Esquire
**MICHAEL I. SILVERMAN**
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs
ID No. 3034

Dated: