IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., : | |
| : | C.A. NO.: 05-53 GMS |
| Plaintiff, : | |
| : | DEMAND FOR JURY TRIAL |
| v. : | |
| : | |
| FEDERAL EXPRESS CORPORATION, : | |
| : | |
| Defendant. : | |

**NOTICE OF DEPOSITION of LARRY BENEDICT**
<u>**NOVEMBER 8, 2005 at 4:00 p.m.**</u>

TO:   Michael I. Silverman, Esquire
      Silverman & McDonald
      1010 N. Bancroft Parkway, Suite 22
      Wilmington, DE 19805

    **PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Larry Benedict at the offices of Silverman & McDonald, 1010 N. Bancroft Parkway, Suite 22, Wilmington, Delaware on **November 8, 2005 at 4:00 p.m.**

                                            **TYBOUT, REDFEARN & PELL**

                                            /s/ David G. Culley

                                            _____
                                            **DAVID G. CULLEY, ESQUIRE**
                                            Delaware Bar I.D. 2141
                                            300 Delaware Avenue, Suite 1100
                                            P.O. Box 2092
                                            Wilmington, DE 19899
                                            (302) 658-6901
                                            E-mail Address:  dculley@trplaw.com
                                            Attorneys for Defendant

cc:   Corbett & Associates