IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., : | |
| : | C.A. NO.: 05-53 GMS |
| Plaintiff, : | |
| : | DEMAND FOR JURY TRIAL |
| v. : | |
| : | |
| FEDERAL EXPRESS CORPORATION, : | |
| : | |
| Defendant. : | |

## NOTICE OF SERVICE

I, DAVID G. CULLEY, hereby certify that on this 27<u>th</u> day of <u>October</u>, 2005, I electronically filed the attached Notice of Service of Defendant's Interrogatories and Request for Production of Documents Directed to the Plaintiff with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

I hereby certify that on 27<u>th</u> day of <u>October</u>, 2005, I have mailed by United States Postal Service, the Defendant's Interrogatories and Request for Production of Documents Directed to the Plaintiff to the following participants:

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

                                      **TYBOUT, REDFEARN & PELL**

                                      _____
                                      **DAVID G. CULLEY, ESQUIRE**
                                      Delaware Bar I.D. 2141
                                      300 Delaware Avenue
                                      P.O. Box 2092
                                      Wilmington, DE 19899
                                      (302) 658-6901
                                      E-mail Address: dculley@trplaw.com
                                      Attorneys for Defendant

DATE: October 27, 2005