IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>        Defendant. | :<br>:  C.A. NO.: 05-53 GMS<br>:<br>:  DEMAND FOR JURY TRIAL<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF VIDEO TRIAL DEPOSITION of ANDREW J. GELMAN, D.O. MAY 30, 2006 at 5:00 p.m.

TO:    Michael I. Silverman, Esquire
          Silverman & McDonald
          1010 N. Bancroft Parkway, Suite 22
          Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the video trial deposition of Andrew J. Gelman, D.O. at the office of Orthopaedic Specialists, 1096 Old Churchman's Road, Newark, DE 19713 on **May 30, 2006 at 5:00 p.m.**

                                                                                    **TYBOUT, REDFEARN & PELL**

                                                                                    /s/ David G. Culley

                                                             _____
                                                             **DAVID G. CULLEY, ESQUIRE**
                                                             Delaware Bar I.D. 2141
                                                            300 Delaware Avenue, Suite 1100
                                                            P.O. Box 2092
                                                           Wilmington, DE 19899
                                                            (302) 658-6901
                                                           E-mail Address: dculley@trplaw.com
                                                           Attorneys for Defendant

cc:    Corbett & Wilcox
          Andrew J. Gelman, D.O.