IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD WHITE, JR. | : | C.A. No. 1:05-CV-53 GMS |
| Plaintiff, | : | |
| v. | : | DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | : | |
| Defendant. | : | |

### NOTICE OF VIDEO TRIAL DEPOSITION

**PLEASE TAKE NOTICE** that arrangements have been made to take the **Video Trial Deposition** of the Plaintiff's Medical Expert, **Dr. Jim Moran,** on Thursday, May 11, 2006 at 4:30 pm at the offices of First State Orthopaedics, located at 4102 Ogletown-Stanton Road, Harmony Plaza, Suite B, Newark, Delaware, 19713.

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs

Dated: March 8, 2006
cc:     Wilcox & Fetzer, Court Reporters

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD WHITE, JR. | : | C.A. No. 1:05-CV-53 GMS |
| | : | |
| Plaintiff, | : | ARBITRATION |
| v. | : | |
| | : | 12 JUROR TRIAL DEMANDED |
| FEDERAL EXPRESS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esq., do hereby certify that on this 8th day of March, 2006, I forwarded VIA HAND DELIVERY, two (2) copies of the attached **NOTICE OF VIDEO TRIAL DEPOSITION** to the following party:

David G. Culley, Esquire
Tybout Redfearn & Pell
750 South Madison Street
P.O. Box 2092
Wilmington, DE 19801

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs

Dated: March 8, 2006