IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD WHITE, JR. | : | C.A. No. 1:05-CV-0053 GMS |
| | : | |
| Plaintiff, | : | ARBITRATION |
| v. | : | |
| | : | DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF VIDEO TRIAL DEPOSITION

**PLEASE TAKE NOTICE** that arrangements have been made to take the **Video Trial Deposition** of the Plaintiff's Medical Expert, **Dr. Frank Falco,** on **Friday, May 26, 2006** at **9:00 am** at the offices of Mid Atlantic Spine, located at 139 East Chestnut Hill Road, Newark, Delaware, 19713.

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs

Dated: March 8, 2006
cc:    Wilcox & Fetzer, Court Reporters

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WHITE, JR. | : C.A. No. 1:05-CV-0053 GMS |
| Plaintiff, | : |
| v. | : |
| | : DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esq., do hereby certify that on this **8th day of March, 2006**, I forwarded **VIA HAND DELIVERY**, two (2) copies of the attached **NOTICE OF VIDEO TRIAL DEPOSITION** to the following party:

> David G. Culley, Esquire
> Tybout Redfearn & Pell
> 750 South Madison Street
> P.O. Box 2092
> Wilmington, DE 19801

> SILVERMAN McDONALD & FRIEDMAN
> /s/: Michael I. Silverman
> **MICHAEL I. SILVERMAN**
> DE BAR ID: 3034
> 1010 N. Bancroft Parkway
> Suite #22
> Wilmington, DE 19805
> (302)888-2900
> Attorney for Plaintiffs

Dated: March 8, 2006