IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WHITE, JR. | C.A. No. 1:05-CV-53 GMS |
| Plaintiff, | |
| v. | DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

### NOTICE OF VIDEO TRIAL DEPOSITION

**PLEASE TAKE NOTICE** that arrangements have been made to take the **Video Trial Deposition** of the Plaintiff's Medical Expert, **Dr. Peter Bandera**, on **Tuesday, May 23, 2006** at **3:00 pm** at the offices located at 11-B Trolley Square, Wilmington, Delaware, 19806.

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs

Dated: March 9, 2006
cc:    Wilcox & Fetzer, Court Reporters

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WHITE, JR. | : C.A. No. 1:05-CV-53 GMS |
| Plaintiff, | : |
| v. | : |
| | : DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esq., do hereby certify that on this 9th day of March, 2006, I forwarded VIA HAND DELIVERY, two (2) copies of the attached NOTICE OF VIDEO TRIAL DEPOSITION to the following party:

David G. Culley, Esquire
Tybout Redfearn & Pell
750 South Madison Street
P.O. Box 2092
Wilmington, DE 19801

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs

Dated: March 9, 2006