## SPECIAL VOIR DIRE QUESTIONS

**Plaintiff:**

A)    Have you or any family member been involved in a personal injury claim as either a plaintiff or a defendant.

B)    Do you have any pre-conceived belief for or against awarding money to an individual who alleges injuries resulting from a car accident. None.

**Defendant:**

(A)    Have you or any member of your immediately fammily ever sustained any injuries in a motor vehicle accident?

(B)    Have you or any member of your immediate family ever filed suit or made a claim for personal injuries sustained in any accident?