IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD WHITE, JR. | : | C.A. No. 1:05-CV-53 GMS |
| Plaintiff, | : | |
| v. | : | DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | : | |
| Defendant. | : | |

## NOTICE OF VIDEO TRIAL DEPOSITION

PLEASE TAKE NOTICE that arrangements have been made to take the **Video Trial Deposition** of the Plaintiff's Medical Expert, **Dr. Randeep Kahlon**, on **Thursday, June 22, 2006 at 5:30 pm** at the offices located at the Medical Arts Pavillion I, 4745 Ogletown-Stanton Road, Suite 225, Newark, Delaware, 19713.

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiff

Dated: May 16, 2006
cc:    Wilcox & Fetzer, Court Reporters

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WHITE, JR. | C.A. No. 1:05-CV-53 GMS |
| Plaintiff, | |
| v. | |
| | DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esq., do hereby certify that on this **16th day of May, 2006**, I forwarded **VIA HAND DELIVERY**, two (2) copies of the attached **NOTICE OF VIDEO TRIAL DEPOSITION** to the following party:

> David G. Culley, Esquire
> Tybout Redfearn & Pell
> 750 South Madison Street
> P.O. Box 2092
> Wilmington, DE 19801

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiff