IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., : | |
| : | C.A. NO.: 05-53 GMS |
| Plaintiff, : | |
| : | DEMAND FOR JURY TRIAL |
| v. : | |
| : | |
| FEDERAL EXPRESS CORPORATION, : | |
| : | |
| Defendant. : | |

RE-NOTICE OF VIDEO TRIAL DEPOSITION of ANDREW J. GELMAN, D.O.
***JUNE 19, 2006 at 5:00 p.m.***

TO:  Michael I. Silverman, Esquire
     Silverman & McDonald
     1010 N. Bancroft Parkway, Suite 22
     Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the video trial deposition of

Andrew J. Gelman, D.O. at the office of Orthopaedic Specialists, 1096 Old Churchman's

Road, Newark, DE 19713 on **June 19, 2006 at 5:00 p.m.**

                                            **TYBOUT, REDFEARN & PELL**

                                            /s/ David G. Culley
                                            _____
                                            **DAVID G. CULLEY, ESQUIRE**
                                            Delaware Bar I.D. 2141
                                            300 Delaware Avenue, Suite 1100
                                            P.O. Box 2092
                                            Wilmington, DE 19899
                                            (302) 658-6901
                                            E-mail Address:  dculley@trplaw.com
                                            Attorneys for Defendant

cc:  Corbett & Wilcox
     Andrew J. Gelman, D.O.