IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD WHITE, JR. | C.A. No. 1:05-CV-53 GMS |
| Plaintiff, | |
| v. | DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

### RENOTICE OF VIDEO TRIAL DEPOSITION

**PLEASE TAKE NOTICE** that arrangements have been made to take the **Video Trial Deposition** of the Plaintiff's Medical Expert, **Dr. Frank Falco,** on Friday, June 16, 2006 at **7:00 am** at the offices located at 1806 North Van Buren Street, Suite 101, Wilmington, Delaware, 19802.

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs

Dated: June 2, 2006
cc:   Wilcox & Fetzer, Court Reporters

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD WHITE, JR. | : | C.A. No. 1:05-CV-53 GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | DEMAND JURY TRIAL |
| FEDERAL EXPRESS CORPORATION, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esq., do hereby certify that on this 9th day of March, 2006, I forwarded VIA U.S. MAIL, two (2) copies of the attached NOTICE OF VIDEO TRIAL DEPOSITION to the following party:

> David G. Culley, Esquire
> Tybout Redfearn & Pell
> 750 South Madison Street
> P.O. Box 2092
> Wilmington, DE 19801

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
MICHAEL I. SILVERMAN
DE BAR ID: 3034
1010 N. Bancroft Parkway
Suite #22
Wilmington, DE 19805
(302)888-2900
Attorney for Plaintiffs

Dated: June 2, 2006