# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH B BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
DONNA M. SCHNITZLER
BRIAN E. LUTNESS**
LYNN A. KELLY●
WILLIAM F. PRESTON, III**
ANDREA C. PANICO☐

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ
●ALSO ADMITTED IN MD
☐ADMITTED IN PA ONLY

June 5, 2006

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

    Re:    Richard F. White, Jr. v. Federal Express Corp.
             C.A. No.: 1:05-cv-53 GMS

Dear Judge Sleet:

    Enclosed please find Plaintiff's supplement to the Final Pre-trial Order in the above-mentioned matter. This supplement includes curriculum vitaes of Plaintiff's medical experts Dr. Peter Bandera (See Exhibit A), Dr. Randeep Kahlon (See Exhibit B), and Dr. Frank Falco (See Exhibit C).

Respectfully submitted,

Michael I. Silverman

Enclosures
cc: David G. Culley, Esquire (with enclosures)