# CURRICULUM VITAE

## PETER B. BANDERA, M.D.

| | |
|---|---|
| Education: | Haverford College, Bachelor or Arts, 1982 |
| | Temple University School of Medicine, Philadelphia, Pennsylvania, 1987 |
| Training: | Residency:<br>Hospital of the University of Pennsylvania<br>Physical Medicine & Rehabilitation, 1988-91 |
| | Clinical Instructor, University of Pennsylvania School of Medicine, 1988-92 |
| Board Certification: | American Academy of Physical Medicine & Rehabilitation, 1992 |
| Private Practice: | Wilmington, Delaware<br>Physical Medicine & Rehabilitation,<br>Electromyography: 1991-present |
| Hospital Affiliations: | Medical Center of Delaware<br>St. Francis Hospital (Wilmington)<br>St. Agnes Hospital (Philadelphia) |
| Professional Societies: | American Medical Association<br>Medical Society of Delaware<br>New Castle Medical Association<br>American Academy of Physical Medicine & Rehabilitation |
| Occupational Health: | Administrative Director, Industricare<br>St. Agnes Hospital, Philadelphia, 1994-present |
| | City of Philadelphia, Medical Advisory Board, 1995-98 |
| Community & Health Related Organizations: | Visiting Nurses Association of Delaware<br>Medical Advisory Board, 1992-present |
| Awards: | 1987 Moss Rehabilitation Hospital Class Prize |