# Randeep S. Kahlon, M.D., FAAOS

First State Orthopaedics. P.A.
4745 Ogletown-Stanton Road
Suite 225
Newark, DE 19713
(302) 731-2888
(302) 731-7049 Fax
rkahlon@fsortho.com

## **EDUCATION**

| | |
|---|---|
| *Sports Medicine Fellowship 1999* | The Cleveland Clinic Foundation<br>Cleveland Indians Baseball Club<br>Lutheran Hospital/Dept. of Orthopaedic Surgery<br>Cleveland, OH |
| *Hand & Upper Extremity Fellowship*<br>*1998 - 1999* | The Cleveland Combined Hand/Upper Extremity<br>The Cleveland Clinic Foundation, Case Western Reserve<br>University Hospitals & MetroHealth Medical Ctr.   The<br>Hand and Upper Extremity Center of Cleveland,<br>Cleveland, OH |
| *Orthopaedic Surgery Residency*<br>*1994 - 1998* | Albert Einstein College of Medicine<br>Montefiore Medical Center/Jacobi Hospital Trauma Center<br>Department of Orthopaedic Surgery<br>New York, NY |
| *General Surgery Internship*<br>*1993 - 1994* | Albert Einstein College of Medicine<br>Montefiore Medical Center/Jacobi Hospital Trauma Center<br>Department of General Surgery<br>New York, NY |
| *Medical School 1989 - 1993* | New Jersey Medical School<br>University of Medicine and Dentistry of New Jersey<br>(UMDNJ), Seven-year BA/MD honors medical program<br>Newark, NJ, M.D. 1993 |
| *Undergraduate 1986 - 1990* | Boston University<br>Seven-year BA/MD honors medical program<br>Boston MA, B.A., 1990 |
| *High School 1982 - 1986* | Lenape Regional High School, Medford, NJ<br>Garden State Honors Scholar, HS diploma, 1986 |

## **HONORS**

| | |
|---|---|
| *Undergaduate* | Seven-year BA/MD honors medical program, BU/NJMS Combined Degree Program. |
| *Graduate* | Best Paper Award, "Fibula Fracture Fixation with an Intramedullary Rod" *(Co-author, 1992 Annual Meeting of UMDNJ Orthopaedics Alumni Association, May 1992)* |
| | Honors National Student Designee, American College of Surgeons, (78th Clinical Congress New Orleans, 1992) |
| | President - *NJMS Student Council 1992* |
| | Convocation speaker for Class of 1993 - 1992 NJMS Convocation,, May 1992 |
| | Presidential Leadership Award, NJMS Student Council, May 1992 |
| | Medical Alumni Scholarship, NJMS Alumni Association 1992 |
| | GL Kosdan Memorial Scholarship, NJMS Alumni Association 1991 |
| | Summer Student Research Fellowship 1990, Foundation of UMDNJ |
| *Post Graduate* | Corinthian Society, Charter Member Sigma Phi Epsilon Educational Foundation, 1996 |
| | Chief Administrative Resident, Jacobi Hospital Trauma Center, 1998 |
| | Physician's Recognition Award, AMA<br>• 1996 - 1998<br>• 1998 - 2001<br>• 2001 - 2003 |
| | Delaware's Young Surgeon 2003, Delaware Chapter, American College of Surgeons, Leadership Program, Washington, DC |
| | Annual Young Physician Award 2005, Medical Society of Delaware |

## RESEARCH PUBLICATIONS

Bano K, Kahlon RS: Advanced Techniques in Rehabilitation and Surgical Management of Radial Head Fractures. *Journal of Hand Therapy*, (Publication date pending)

Plancher KD, Kahlon RS: The Diagnosis and Treatment of Congenital Thumb Hypoplasia. *Hand Clin* 14:101-118, 1998.

Kahlon RS, Keller S: The Psychology of Adolescents at Risk for AIDS. *UMDNJ 1989 Student Research Program Report of Accomplishment*, Summer 1989.

Kahlon RS, Greene B, Rao JP, Waite A: Fibula Fracture Fixation with an Intramedullary Rod. *UMDNJ 1990 Student Research Program of Accomplishment*, Summer 1990.

## RESEARCH PRESENTATIONS

"Functional outcome and Natural History after Complete Knee Dislocation: A 13 year Follow-up Study" Kahlon RS, Plancher KD, Siliski J: presented at 1997 Selznick Memorial Research Award Day, June 1997, Albert Einstein College of Medicine & Montefiore Medical Center, New York, NY

"Fibula Fracture Fixation with an Intramedullary Rod" Greene B, Rao JP, Kahlon RS, Waite A.: presented at 1992 Annual Meeting of the UMDNJ Orthopaedics Alumni Association, awarded Best Paper Award, May 1992, UMDNJ - New Jersey Medical School, Newark, NJ

## POSITIONS HELD

Christiana Care
- Associate Director, Orthopaedic Trauma Service, Level 1 Trauma Center

American College of Surgeons (ACS)
- Board of Councilors, State
- Chairman, Young Surgeons Committee

Medical Society of Delaware (MSD)
- Delegate, House of Delegates - Representing both New Castle Medical Society and ACS.
- Public Laws Committee
- MSD Holding Company, Board Member

## POSITIONS HELD, cont.

Delaware Association of Physicians of Indian Orgin (DAPI)
- Executive Board

University of Delaware
- Adjunct Associate Clinical Professor

DelPAC
- Board of Directors

Delaware Society of Orthopaedic Surgeons (DSOS)
- Executive Board

## LICENSURE/BOARD CERTIFICATION

| | | |
|---|---|---|
| New York | Medical | Voluntary Inactive |
| Michigan | Medical | Active |
| Michigan | Narcotics | Active |
| Ohio | Medical | Voluntary Inactive |
| Delaware | Medical | Active |
| Delaware | CDS | Active |
| DEA | | Active |
| Medicare UPIN | | Active |

Board Certified      American Board of Orthopaedic Surgery
(Certified July 18, 2002)

Fellow      American Academy of Orthopaedic Surgeons
(Conferred March 2004)

American College of Surgeons
(Pending 2005)

## EMPLOYMENT

1/00 - Present      **First State Orthopaedics, PA**
Newark, DE
Attending Surgeon

10/99 - 10/02      **Zimmer Medical & Bristol-Myers Squibb Co**
Warsaw, IN
Consultant, Orthopaedic Surgery Medical Education
Department of Medical Education

## CURRENT HOSPITAL/SURGERY CENTER PRIVILEGES

Christiana Care Health Services, Newark, DE,
- Associate Director Orthopaedic Trauma Service, Christiana Care Level I Trauma Center

St. Francis Hospital, Wilmington, DE
A.I. duPont Children's Hospital, Wilmington, DE (Consulting)
Limestone Ambulatory Surgery Center, Wilmington, DE
First State Surgery Center, Newark, DE
- Committee on Quality Control

## SOCIETIES/ORGANIZATIONS

| | |
|---|---|
| American Academy of Orthopaedic Surgeons | Associate, 1994 - 2003 |
| | Fellow, 2004 - Current |
| American College of Surgeons | Candidate member, 1994 - 00 |
| | Associate Fellow 2000 - 2003 |
| | Fellow, 2004 - Current |
| Orthopaedic Trauma Association | 2004 (Pending) |
| American Society for Surgery of The Hand | 2003 - Current |
| Arthroscopy Association of North America | 2003 - Current |
| American Board of Orthopaedic Surgery | Diplomate, 2002 - Current |
| American Association For Physicians of Indian Origin | 2001 - Current |
| American Orthopaedic Society For Sports Medicine | 2001 - Current |
| Eastern Orthopaedic Society | 2001 - Current |
| Philadelphia Hand Club | 2001 - Current |
| American College of Sports Medicine | 2000 - Current |
| Delaware Society of Orthopaedic Surgeons | 2000 - Current |
| New Castle County Medical Society | 2000 - Current |
| Medical Society of Delaware | 2000 - Current |
| Ohio State Medical Association | 1999 - 2000 |
| Northeastern Ohio Medical Association | 1999 - 2000 |
| American Medical Association | Resident Physicians Sec., 1993 - 95 |
| | Physician member 1999 - Current |
| Cleveland Combined Hand Society | 1998 - Current |
| Academy Medical Students Association | 1989 - 1993 |
| Bronx County Medical Society | 1997 - 1998 |
| Medical Society of New York | 1997 - 1998 |
| NJMS Cutthroats Hockey Team | Captain 1991-93 |
| Sigma Phi Epsilon Fraternity - Boston U. | Charter member |
| | Executive Board 1987-89 |

## SPORTS COVERAGE

Wilmington College, New Castle, DE
- NCAA Division III Team
- Team Orthopedic Surgeon, 2000 - Current

Goldey Beacom College, Hockessin, DE
- NAIA Team
- Team Orthopedic Surgeon, 2000 - Current

University of Delaware, Newark, DE
- Ice Hockey
- Team Orthopedic Surgeon, 2001 - 2003

Tower Hill School, Wilmington, DE
- Football Team
- Assoc. Team Orthopedic Surgeon, 2003 - Current

Cleveland Indians Professional Baseball Club, Cleveland OH
Major League Baseball - American League
- Associate Team Physician 1999
- Lutheran Hosp./Horizon Orthopedics/L Keppler MD & M Schickendantz MD

Lehman College Basketball, Bronx, NY
- NCAA Division III
- On-field physician 1994 - 97
  Plancher Hand & Sports Medicine Orthopedic Associates/K Plancher, MD

Bronx High School League Football
- On-Field Physician 1994 - 1997
  Montefiore Medical Center/Albert Einstein College of Medicine

## COMMUNITY SERVICE

Hockessin Chase Maintenance Corporation
- Vice President, 2002 - 2003
- Communications Director, 2003

American Heart Association
- Community Board of Directors, 2003 - 2004
- 

Sikh Center of Delaware
- Volunteer, 2002 - Current
- Treasurer, 2005 - 2006
- Chairman., Board of Trustees, 2005 - 2006

Cricket For Cancer 2004
- Volunteer