## FRANK JOHN ENGLISH FALCO, M.D.
139 East Chestnut Hill Road
Newark, DE 19713

<u>Current Position</u>:     Private Practice

<u>Past Positions</u>:     Physiatrist
Georgia Spine & Sports Physicians
Smyrna, GA
August 1993 - March 1995

Chief Resident, Physical Medicine & Rehabilitation
Temple University and Moss Rehabilitation Hospitals
Philadelphia, PA
1991-1992

Clinical Instructor
Temple University Health Sciences Center
Philadelphia, PA
1991-1992

Physician for the State Athletic Commission
Department of State
Commonwealth of Pennsylvania
1991-1992

<u>Postgraduate Training</u>:     Fellowship in Spine and Sports Medicine
Georgia Spine & Sports Physicians
Smyrna, GA
February 1993 – July 1993

Fellowship in Spine and Sports Medicine
Southeastern Orthopedic Associates
Pensacola, FL
July 1992 – January 1993

Physical Medicine and Rehabilitation Residency
Temple University Hospital
Philadelphia, PA
July 1989 – June 1992

Frank John English Falco, M.D.
Page 2 of 22

Postgraduate
Training:	Transitional Year Internship
St. Luke's Hospital
Bethlehem, PA
July 1988 – June 1989

Certification:	Diplomate
American board of Pain Medicine
1995

Diplomate
American Board of Electrodiagnostic Medicine
1994

Diplomate
American Board of Physical Medicine and Rehabilitation
1993

Diplomate
National Board of Medical Examiners
1989

Licensure:	State of Maryland
# D47325
1995

State of Delaware
# C1-0004539
1995

State of Georgia
#036733
1993

State of Florida
#ME-62706
1992

State of Alabama
# 16683
1992

Frank John English Falco, M.D.
Page 3 of 22

Licensure:	State of Hawaii
#MD-7854
1992

State of Pennsylvania
#MD-44068-L
1991

Education:	Temple University Medical School
Philadelphia, PA
Doctor of Medicine
1984-1988

Villanova University
Villanova, PA
Bachelors of Chemical Engineering
1980-1984

Awards & Honors:	The Sixth Richard W. Stow, PhD Visiting Lectureship
The Ohio State University
Department of Physical Medicine & Rehabilitation
1995

Top Quartile, Part II
American Board of Physical Medicine and Rehabilitation
1993

Excellence of Research Writing Award
Association of Academic Physiatrists
1992

Top Quartile, Part I
American Board of Physical Medicine and Rehabilitation
1992

Intern of the Year
St. Luke's Hospital
1989

Frank John English Falco, M.D.
Page 13 of 22

Memberships:    American Academy of Physical Medicine and Rehabilitation
Association of Academic Physiatrists
American Association of Electrodiagnostic Medicine
Physiatric Association of Spine, Sports and Occupational
    Rehabilitation
American Academy of Pain Medicine
International Spinal Injection Society
American Society of Regional Anesthesia
American Medical Association
Pennsylvanian Medical Society
Delaware Medical Society

Continuing Medical Education:

Physiatric Association of Spine, Sports and Occupational
    Rehabilitation
3rd Annual Meeting
Orlando, FL
November 16-17, 1995

American Academy of Physical Medicine and Rehabilitation
57th Annual Assembly
Orlando, FL
November 16-20, 1995

International Spinal Injection Society
3rd Annual Meeting
New Orleans, Louisiana
September 23-24, 1995

Maximum Medical Improvement in Work-Related Injuries:
    Disorders vs Disability
Georgia Spine & Sports Physicians
Atlanta Medical Psychology
Atlanta, GA
October 21st 1994

Physiatric Association of Spine, Sports and Occupational
    Rehabilitation
2nd Annual Meeting
Anaheim, CA
October 12-13, 1994

Frank John English Falco, M.D.
Page 14 of 22

Continuing Medical Education:

    American Academy of Physical Medicine and Rehabilitation
    56th Annual Assembly
    Anahelm, CA
    October 8-11, 1994

    Outcomes vs. Incomes
    15th Annual Occupational Spinal Disorders Conference
    Atlanta, GA
    September 25-26, 1994

    Hands-On Anatomical Workshop on Discography Injection
          Treatments Using Cadavers
    International Spinal Injection Society
    Daly City, CA
    August 20-21, 1994

    Radiofrequency Techniques in the Management of Chronic Pain
    Radionics Instruments Inc.
    Massachusetts General Hospital
    Boston, MA
    August 19th 1994

    Spinal Cord Stimulation Cadaver Workshop
    Semmes Murphey Education & Research Institute
    University of Tennessee School of Medicine
    Methodist Hospital
    Memphis, TN
    May 20-21, 1994

    Aggressive Resolution of Work-Related Injuries
    Georgia Spine & Sports Physicians
    Atlanta Medical Psychology
    Atlanta, GA
    February 25th 1994

    Managed Care Conference
    American Association of Osteopathic Specialists
    Atlanta, GA
    January 8th 1994

Frank John English Falco, M.D.
Pages 15 of 22

Continuing Medical Education:

> American Academy of Physical Medicine and Rehabilitation
> 55th Annual Assembly
> Miami, FL
> November 1st 1993
>
> American Association of Electrodiagnostic Medicine
> 40th Annual Scientific Meeting
> New Orleans, LA
> October 6-10, 1993
>
> Recent Advances in Spinal Cord Stimulation of Chronic Pain
>     Management
> The Greater Atlanta Sports Medicine Center
> West Paces Ferry Medical Center
> Atlanta, GA
> June 25-26, 1993
>
> The Difficult Back
> North American Spine Society
> Atlanta, GA
> March 19-20, 1993
>
> Association of Academic Physiatrists
> Spring Meeting
> Albuquerque, NM
> March 10-14, 1993
>
> Management of Arthritis in 1990's
> University of South Florida
> College of Medicine
> Orlando, FL
> November 7th, 1992
>
> North American Spine Society
> 7th Annual Meeting
> Boston, MA
> July 9-11, 1992

Frank John English Falco, M.D.
Page 16 of 22

Continuing Medical Education:

>Lumbar Spine Injection Workshop Using Cadavers
>International Spinal Injection Society
>Daly City, CA
>May 9-10, 1992
>
>Fourth Annual Review Course in Physical Medicine and
>    Rehabilitation
>Kessler Institute For Rehabilitation
>East Hanover, NJ
>March 9-20, 1992
>
>Association of Academic Physiatrists
>Spring Meeting
>Orlando, FL
>February 13-16, 1992
>
>Senior Elective Rotation
>San Francisco Spine Institute
>Spine Care Medical Group
>Daly City, CA
>November 2-17, 1991
>
>American Academy of Physical Medicine and Rehabilitation
>53rd Annual Assembly
>Washington, DC
>October 27-31, 1991
>
>Industrial Back Injury Prevention and Management
>H. Duane Saunders
>Philadelphia, PA
>July 18th 1991
>
>Pennsylvania Academy of Physical Medicine and Rehabilitation
>Annual Meeting
>Avalon, NJ
>May 18-19, 1991

Frank John English Falco, M.D.
Page 17 of 22

Continuing Medical Education:

>American Osteopathic College of Rehabilitation Medicine
>Mid-Year Seminar
>Philadelphia, PA
>March 14-17, 1991
>
>Association of Academic Physiatrists
>Spring Meeting
>San Diego, CA
>February 28 – March 3, 1991
>
>American Academy of Physical Medicine and Rehabilitation
>52nd Annual Assembly
>Phoenix, AZ
>October 21-26, 1990
>
>Pennsylvania Academy of Physical Medicine & Rehabilitation
>Annual Meeting
>Arlington, VA
>May 19-20, 1990