IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD F. WHITE, JR., | : | |
| Plaintiff, | : | C.A. NO.: 05-53 GMS |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION DUCES TECUM OF
BRANDYWINE PAIN MANAGEMENT on JUNE 12, 2006 at 2:00 p.m.**

TO:   Michael I. Silverman, Esquire
      Silverman & McDonald
      1010 N. Bancroft Parkway, Suite 22
      Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the deposition* of the Records Custodian of the below listed entity at the offices of Tybout, Redfearn & Pell, 300 Delaware Avenue, 11th Floor, Wilmington, Delaware on **June 12, 2006 at 1:00 p.m.**

**BRANDYWINE PAIN MANAGEMENT**

TYBOUT, REDFEARN & PELL

/s/ David G. Culley

_____
**DAVID G. CULLEY, ESQUIRE**
Delaware Bar I.D. 2141
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address:   dculley@trplaw.com
Attorneys for Defendant

cc:   BRANDYWINE PAIN MANAGEMENT (pursuant to 45 C.F.R. §164.512)

* DUCES TECUM:   **Deponent BRANDYWINE PAIN is to produce a copy of all records in their possession concerning patient RICHARD F. WHITE, JR. (DOB: ▇▇▇▇) (SSN: ▇▇▇▇▇▇▇).**

**NOTE: YOUR APPEARANCE IS WAIVED IF THE RECORDS ARE RECEIVED IN THIS OFFICE ON OR BEFORE THE DEPOSITION DATE.**