LAW OFFICES

# TYBOUT, REDFEARN & PELL

B. WILSON REDFEARN
DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON

750 S. MADISON STREET
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

SUSAN A. LIST
ROBERT M. GREENBERG
TIMOTHY S. MARTIN

*Of Counsel:*
F. ALTON TYBOUT
RICHARD W. PELL

June 22, 2006

**HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

    RE:    WHITE v. FEDERAL EXPRESS CORPORATION
               C.A. NO.: 05-53

Dear Judge Slights:

    This will confirm that the parties have settled all claims in the above-captioned case. Your Honor may remove it from the Court's trial calendar on June 26, 2006.

Respectfully,

DAVID G. CULLEY

DGC:njj

cc:    Michael Silverman, Esquire    (Via Telefax & Mail)