IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD F. WHITE, JR., | : |
| Plaintiff, | : C.A. NO.: 05-53 GMS |
| | : DEMAND FOR JURY TRIAL |
| v. | : |
| FEDERAL EXPRESS CORPORATION, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, through the undersigned counsel and subject to approval by the Court, that all claims are hereby dismissed with prejudice.

SILVERMAN, MCDONALD & FRIEDMAN

_____
**MICHAEL I. SILVERMAN, ESQUIRE**
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

TYBOUT, REDFEARN & PELL

_____
**DAVID G. CULLEY, ESQUIRE**
750 S. Madison Street
P.O. Box 2092
Wilmington, DE 19899